UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS** )<br>            Plaintiff, )<br>                                      )<br>      v.                              )<br>                                      )<br>**331B, LLC**                        )<br>**(D/B/A ROCKWELL FITNESS)**         )<br>                                      )<br>            Defendant. )<br>                                      ) | Civil Action No.  1:20-cv-2456 |

**AFFIDAVIT OF SERVICE**

I served a copy of the Summons and Complaint in the above captioned case on Defendant 331B, LLC d/b/a Rockwell Fitness by serving the Defendant's Registered Agent Jason C. Buckel, by certified mail, return receipt requested, as follows:

1. Certified Mail Article No:   7020 0090 0001 2797 7694
2. Delivered on:                September 8, 2020
3. Delivery address:            206 Washington Street
                                Cumberland, MD 21502

A copy of the executed return receipt is attached hereto as Exhibit 1.  I certify, under penalty of perjury, that the foregoing is true and correct.

Signed and Respectfully Submitted,

*/s/ Sundeep Hora*
Sundeep Hora (Bar No. 28208)
Alderman, Devorsetz & Hora PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, DC 20036
Tel. (202) 969-8220
Fax (202) 969-8224
shora@adhlawfirm.com
***Attorney for Plaintiff***