**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   331B, LLC
   c/o Registered Agent
   Jason C. Buckel
   206 Washington Street
   Cumberland MD 21502

   9590 9402 5840 0038 1149 01

2. Article Number (Transfer from service label)

   7020 0090 0001 2797 7694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X WHETZEL
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   CV-19 COOR   9-8-2020

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt