# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**KIMBERLY KUBAS**

__Plaintiff,__

v.                                              Case No. __1:20-CV-2456__

331B, LLC d/b/a Rockwell Fitness

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __331B, LLC__
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☒ In a case based on diversity jurisdiction, the following is a list of all members of

**331B, LLC** and their states of citizenship:
(name of LLC party)

| **Said Saab** | **Maryland** |
| (name of member) | (state of citizenship) |
| **Brian Chisholm** | **Maryland** |
| (name of member) | (state of citizenship) |
| | |
| (name of member) | (state of citizenship) |
| | |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

10/08/2020
Date

Signature

Jason C. Buckel
Printed name and bar number

206 Washington Street, Cumberland, MD 21502
Address

blpassistant@atlanticbbn.net
Email address

301-759-3700
Telephone number

301-722-0334
Fax number

2