UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**331B, LLC** )<br>**(D/B/A ROCKWELL FITNESS)** )<br> )<br>    Defendant**.** )<br> ) | Civil Action No.  1:20-cv-2456 (GLR) |

### JOINT LETTER REGARDING SCHEDULING MATTERS

Pursuant to the Court's October 9, 2020 Order, Plaintiff Kimberly Kubas and Defendant 331B, LLC (D/B/A Rockwell Fitness) (collectively the "Parties")  file this Joint Letter Regarding Scheduling Matters.  The Parties address the Court's questions below:

**1.) Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings**:

The parties do not wish to transfer the case to a magistrate judge.

**2.) Whether you would like to participate in a settlement conference either before or after the completion of discovery:**

At this time the Parties are interested in a settlement conference after the conclusion of discovery.

**3.) Whether discovery of electronically stored information is expected to be problematic:**

The Parties do not believe the discovery of electronically stored information will be problematic.

**4.) Whether you would like to defer any of the expert discovery until after summary judgment motions are resolved:**

The Parties do not believe deferring expert discovery is necessary. Neither party anticipates naming an expert.

**5.) Any changes to the dates in the preliminary scheduling order:**

The Parties disagree on this point.

Defendant serves as a member of the Maryland General Assembly, as do both of the principals of the Defendant corporate entity. The General Assembly session commences on January 13 and is scheduled to conclude on or about April 12, 2021. During this period, it would be virtually impossible for counsel or the Defendant principals to participate in discovery or litigation activities.

Plaintiff has requested up to twenty-five (25) hours of depositions per litigant. It would be completely infeasible for counsel or Defendant principals to commit to undertaking up to fifty cumulative hours of depositions, in addition to other discovery, during the current discovery deadline period.

Accordingly, Defendant would request that the discovery deadline, and subsequent dispositive motions deadline, be extended from a February/March timeline until a late April/May timeframe.

Plaintiff respectfully requests that the Court's proposed schedule remain unaltered. Defendant's proposed extension would delay the case for an additional three months and Plaintiff is eager to move towards trial. Plaintiff would prefer to ask the Court for an extension at a later point if such an extension is needed.

**6.) Whether the allocated deposition hours are sufficient:**

The Plaintiff requests a total of 25 (twenty-five) hours per side. Defendant does not believe such an amount will be necessary, but consents in a spirit of cooperation.

**7.) Setting a trial date on the Court's calendar and determining its likely duration:**

The Parties anticipate a trial would take five (5) days and would take place approximately late 2021.

Date: October 14, 2020                                         Respectfully Submitted,

   /s/ *Sundeep Hora*                                            /s/ *Jason Buckel*
Sundeep Hora (Bar. No. 28208)                    Jason C. Buckel (Bar No. 24766)
ALDERMAN, DEVORSETZ & HORA          T. Lee Beeman Jr. (Bar No. 19613)
PLLC                                                                  Buckel, Levasseur, Pillai & Beeman, LLC
1025 Connecticut Ave., NW, Suite 615       206 Washington Street
Washington, D.C. 20036                               Cumberland, Maryland 21502
Tel. 202.969.8220                                           Tel. (301) 759-3700
Fax 202.969.8224                                           Fax. (301) 722-0334
E-mail: shora@adhlawfirm.com                 Email: blpassistant@atlanticbbn.net

**COUNSEL FOR PLAINTIFF**                      **COUNSEL FOR DEFENDANTS**