UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **KIMBERLY KUBAS** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:20-cv-2456 (GLR) |
| | ) | |
| **331B, LLC** | ) | |
| **(D/B/A ROCKWELL FITNESS)** | ) | |
| | ) | |
| Defendant**.** | ) | |
| | ) | |

## NOTICE OF CONSENT TO TRANSFER OF CASE TO UNITED STATES MAGISTRATE JUDGE

Pursuant to Court's October 16, 2020 Memorandum to Counsel, Plaintiff Kimberly Kubas consents to the transfer of this matter to a United States Magistrate Judge for all further proceedings and purposes.

Date: October 26, 2020              Respectfully Submitted,


　　　　/s/ *Sundeep Hora*　　　
Sundeep Hora (Bar. No. 28208)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: shora@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**