# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**DEBORAH L. BOARDMAN**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7810**<br>**Fax: (410) 962-2577**<br>**MDD_DLBChambers@mdd.uscourts.gov** |

October 30, 2020

RE:  *Kubas v. 331B, LLC*
     Civil No.: 20- 2456-DLB

## **LETTER ORDER**

Dear Counsel:

Judge Russell referred this case to me for all proceedings, pursuant to 28 U.S.C. § 636(c) and Local Rule 301.  ECF No. 15.

I understand that the parties consent to proceed before a Magistrate Judge.  I have received a Magistrate Judge Consent Form from plaintiff.  (ECF No. 17).  I request that defendant file a Magistrate Judge Consent Form by no later than Friday, November 13, 2020.  The Magistrate Judge Consent Form can be accessed on the court's website at the following web address: http://www.mdd.uscourts.gov/sites/mdd/files/forms/ConsentMagistrateJudge.pdf.

The deadlines contained in Judge Russell's Scheduling Order, ECF No. 8, will be adopted in full.  The schedule will not be changed further except for good cause.

In addition, I note that this case has been referred to Judge Coulson for a settlement conference.  Judge Coulson has scheduled a settlement conference for March 1, 2021.  ECF No. 13.  All settlement-related communications should be directed to Judge Coulson.

By separate letter order, I am providing you with my informal discovery dispute procedure, which will govern all future discovery disputes in this case.

Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

Very truly yours,

/s/

Deborah L. Boardman
United States Magistrate Judge