# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**KIMBERLY KUBAS**
*Plaintiff,*                                          **Civil Action No.: 1:20-cv-2456**

v.

**331B, LLC d/b/a Rockwell Fitness**
*Defendant.*

*******************************************************************************

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Respectfully submitted,
_____
                    /s/
Jason C. Buckel      Federal Bar No: 24766
T. Lee Beeman, Jr.   Federal Bar No: 19613
Buckel, Levasseur, Pillai & Beeman, LLC
206 Washington Street
Cumberland, MD 21502
blpassistant@atlanticbbn.net
Phone: (301) 759-3700   Fax: (301) 722-0334
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of October 2020, a copy of the aforegoing *General Consent to Proceed Before a United States Magistrate Judge* was served via U.S. First Class, Pre-Paid Mail to:

**Sundeep Hora**
**Alderman, Devorsetz & Hora PLLC**
**1025 Connecticut Ave., NW, Suite 615**
**Washington, DC 20036**
*Counsel for Plaintiff*

_____/s/_____
Jason C. Buckel      Federal Bar No: 24766
T. Lee Beeman, Jr.  Federal Bar No: 19613
Buckel, Levasseur, Pillai & Beeman, LLC
206 Washington Street
Cumberland, MD 21502
blpassistant@atlanticbbn.net
Phone: (301) 759-3700  Fax: (301) 722-0334
*Attorney for Defendant*
