IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY KUBAS,

    Plaintiff,

  v.                                    Civil Case No. 1:20-cv-2456(GLR)

331B, LLC
(D/B/A: ROCKWELL FITNESS)

    Defendant.

## NOTICE OF APPEARANCE

TO THE HONORABLE CLERK OF THE COURT:

Please enter the appearance of the undersigned as Co-Counsel on behalf of the Defendant, 331B, LLC (D/B/A: Rockwell Fitness).

                        Respectfully submitted,

                        / s /
                        T. Lee Beeman, Jr., Bar Number: 19613
                        Buckel, Levasseur,
                        Pillai & Beeman, LLC
                        206 Washington, Street
                        Cumberland, Maryland 21502
                        Tel: (301) 759-3700
                        Email: lbeeman@blpblaw.com
                        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January, 2021, a true and correct copy of the foregoing was served by e-mail on the following:

Sundeep Hora, Esq.
shora@adhlawfirm.com

                                                      / s /
                                    By: T. Lee Beeman, Jr., Bar No. 19613