# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**KIMBERLY KUBAS**
*Plaintiff,*                                                    **Civil Action No.: 1:20-cv-2456**

v.

**331B, LLC d/b/a Rockwell Fitness**
*Defendant.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED SCHEDULING ORDER

Pursuant to the Court's Order of October 16, 2020 [doc 10], the following deadlines are modified:

| | | |
|---|---|---|
| ~~December 8, 2020~~: | **February 8, 2021** | Plaintiff's Rule 26(a)(2) disclosures |
| ~~January 7, 2021~~: | **March 8, 2021** | Defendant's Rule 26(a)(2) disclosures |
| ~~January 21, 2021~~: | **March 22, 2021** | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| ~~January 28, 2021~~: | **March 29, 2021** | Rule 26(e)(2) supplementation of disclosures and responses |
| ~~February 22, 2021~~: | **April 23, 2021** | Discovery deadline; submission of status report |
| ~~March 1, 2021~~: | **April 30, 2021** | Requests for admission |
| ~~March 23, 2021~~: | **May 24, 2021** | Dispositive pretrial motions deadline |

ENTER:  January 27, 2021

_____
Deborah L. Boardman
United States Magistrate Judge

Order prepared by:

_____/ s /_____

Jason C. Buckel, Bar No: 24766
T. Lee Beeman, Jr., Bar Number: 19613
Buckel, Levasseur,
Pillai & Beeman, LLC
206 Washington Street
Cumberland, Maryland 21502
Tel: (301) 759-3700
Email: lbeeman@blpblaw.com
*Counsel for Defendants*