UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS** )<br>Plaintiff, )<br>)<br>v.    )<br>)<br>**331B, LLC** )<br>**(D/B/A ROCKWELL FITNESS)** )<br>)<br>Defendant. )<br>) | Civil Action No.  1:20-cv-2456 (GLR) |

## ORDER

Upon Consideration of the Plaintiff Kimberly Kubas's Consent Motion for Extension of Time to File Pre-Mediation Letter on this <u>10th</u> day of <u>February</u> 2021, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Plaintiff shall file her pre-mediation letter on or before February 19, 2021.

**SO ORDERED.**

                               /s/
J. Mark Coulson
United States Magistrate Judge