IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY KUBAS,

    Plaintiff,

v.   Civil Case No. 1:20-cv-2456(GLR)

331B, LLC
(D/B/A: ROCKWELL FITNESS)

    Defendant.

**CONSENT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

Defendant 331B, LLC ("Defendant" or "331B") by and through its counsel hereby files this Consent Motion for Continuance of Settlement Conference, and in support thereof, states the following:

1. The settlement conference for this matter is currently scheduled for March 1, 2021 at 10:00 a.m.

2. Pursuant to the Court's Amended Scheduling Order [ECF No. 25], discovery closes on April 23, 2021.

3. In conferring on this matter, the parties have exchanged a demand and offer of settlement. The parties, after evaluation said settlement discussions, and in light of the amended scheduling order, believe that the parties would most benefit from a settlement conference after the close of discovery.

4. Pursuant to Local Rule 105.9, Defendant sought and received consent from Plaintiff for this continuance.

WHEREFORE, Defendant respectfully requests that the Court grant its Consent Motion for Continuance of Settlement Conference.

Respectfully submitted,

_____/ s /_____
T. Lee Beeman, Jr., Bar Number: 19613
Buckel, Levasseur,
Pillai & Beeman, LLC
206 Washington, Street
Cumberland, Maryland 21502
Tel: (301) 759-3700
Email: lbeeman@blpblaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2021, a true and correct copy of the foregoing was served by e-mail on the following:

Sundeep Hora, Esq.
shora@adhlawfirm.com

_____/ s /_____
By: T. Lee Beeman, Jr., Bar No. 19613