IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY KUBAS,

    Plaintiff,

v.                                                      Civil Case No. <u>1:20-cv-2456(GLR)</u>

331B, LLC
(D/B/A: ROCKWELL FITNESS)

    Defendant.

---

### PROPOSED ORDER

    UPON CONSIDERATION of Defendant 331B, LLC's Consent Motion for Continuance of Settlement Conference, this _____ day of _____, 2021, it is hereby:

    **ORDERED** that the Motion is **GRANTED**; it is further

    **ORDERED** that the Settlement Conference scheduled for March 1, 2021 is hereby continued until such time that the Court shall schedule after April 23, 2021.

**SO ORDERED.**

                                                    _____
                                                    J. Mark Coulson
                                                    United States Magistrate Judge