# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KIMBERLY KUBAS,

    Plaintiff,

    v.                                                                      Civil Case No. 1:20-cv-2456(GLR)

331B, LLC
(D/B/A: ROCKWELL FITNESS)

    Defendant.

## ORDER

UPON CONSIDERATION of Defendant 331B, LLC's Consent Motion for Continuance of Settlement Conference, this 16th day of February, 2021, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Settlement Conference scheduled for March 1, 2021 is hereby continued until such time that the Court shall schedule after April 23, 2021.

**SO ORDERED.**

                                                                              /s/
                                                J. Mark Coulson
                                                United States Magistrate Judge