

1025 Connecticut Avenue, NW
Suite 615
Washington, D.C. 20036

Phone (202) 969-8220
Fax (202) 969-8224

www.adhlawfirm.com

Sundeep Hora, Admitted DC, MD
shora@adhlawfirm.com

April 27, 2021

Hon. Deborah L. Boardman
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Md 21201

   **Re:**  **<u>Kubas v. 331B, LLC Case No. 20-cv-02456 (DLB)</u>**

Dear Judge Boardman:

Plaintiff provides the following as a supplement to her April 23, 2021 letter (Dkt. No. 36) regarding the discovery dispute with Defendant 331B LLC (d/b/a Rockwell Fitness).

Earlier today, Plaintiff received a letter from counsel for Defendant regarding Plaintiff's deposition, which was originally scheduled for this Friday, April 30, 2021. Defendant indicated that, absent a protective order, if the Plaintiff does not appear for a deposition on Friday it "will have no alternative but to file a motion for sanctions and quite possibly seeking judgment in this matter based upon a complete failure of necessary discovery." Plaintiff respectfully asserts that her April 23, 2021 letter invoking the Court's informal discovery dispute resolution procedures, put this issue before the Court when Plaintiff requested that all further depositions be rescheduled until such a time as Defendant has fully complied with its discovery obligations. *See* Dkt. No. 36 at 3 ("Plaintiff seeks….an extension of the discovery deadline to allow Plaintiff an opportunity [to] review the supplemental production and the rescheduling of the remaining depositions…").

Plaintiff submits this supplemental letter to make it clear that the discovery dispute pending before the Court includes the postponement of Plaintiff's deposition. Further, because a motion for a protective order is a discovery dispute, Plaintiff is first required to use the Court's informal discovery dispute procedure before she would be allowed to file a motion for a protective order.

            Respectfully Submitted,

            Sundeep Hora