UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **KIMBERLY KUBAS** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-2456 (DLB) |
| | ) | |
| **331B, LLC** | ) | |
| **(D/B/A ROCKWELL FITNESS)** | ) | |
| | ) | |
| Defendant**.** | ) | |
| | ) | |

### ORDER

Upon Consideration of the Plaintiff Kimberly Kubas's Consent Motion to Extend the Discovery Deadline, ECF 43, on this __29th__ day of __June__ 2021, it is hereby:

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that the discovery deadline is extended until August 6, 2021;

**ORDERED** that the parties must file a status report by August 6, 2021;

**ORDERED** that the deadline for requests for admission is August 13, 2021; and

**ORDERED** that the dispositive motions deadline is September 7, 2021.

_____
Deborah L. Boardman
United States Magistrate Judge