UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **KIMBERLY KUBAS** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-2456 (DLB) |
| | ) | |
| **331B, LLC** | ) | |
| **(D/B/A ROCKWELL FITNESS)** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STATUS REPORT

Pursuant to the Court's June 29, 2021 Order (Dkt. #44) the Parties provide the following status report.

1. The parties concluded discovery on August 5, 2021.

2. Defendant intends to file a dispositive motion. The current deadline for dispositive motions is September 7, 2021, however, the parties jointly seek to modify the Court's Scheduling Order as follows:

    a. Dispositive Motions Deadline: October 5, 2021;

    b. Response to Dispositive Motion: December 3, 2021;

    c. Reply to Dispositive Motion Response: December 18, 2021.

Date: August 6, 2021            Respectfully Submitted,

  /s/ *Sundeep Hora*                          /s/ *Lee Beeman*
Sundeep Hora (Bar. No. 28208)        T. Lee Beeman, Esq.
ALDERMAN, DEVORSETZ & HORA PLLC        BUCKEL, LEVASSEUR, PILLAI & BEEMAN, LLC
1025 Connecticut Ave., NW, Suite 615        206 Washington Street
Washington, D.C. 20036                Cumberland, MD 21502
Tel. 202.969.8220                301-759-3700
E-mail: shora@adhlawfirm.com            E-mail: Lbeeman@blpblaw.com
**COUNSEL FOR PLAINTIFF**            **COUNSEL FOR DEFENDANT**