IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY KUBAS,

    Plaintiff,

  v.                                    Civil Case No. 1:20-cv-2456(GLR)

331B, LLC
(D/B/A: ROCKWELL FITNESS)

    Defendant.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Defendant 331B, LLC ("Defendant" or "331B") by and through its counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for the entry of summary judgment on all claims brought by Plaintiff, Kimberly Kubas ("Plaintiff" or "Kubas"), in her Complaint. As more fully set forth in Defendant's Memorandum of Law in Support of Motion for Summary Judgment, there is no dispute as to any material fact and Defendant is entitled to judgment on all claims as a matter of law.

    WHEREFORE, Defendant respectfully requests this Motion be granted and that the Court enter summary judgment in its favor on all claims set forth in Plaintiff's Complaint.

        Respectfully submitted,

        / s /
        Jason C. Buckel, Bar No: 24766
        T. Lee Beeman, Jr., Bar Number: 19613
        Buckel, Levasseur,
        Pillai & Beeman, LLC
        206 Washington, Street
        Cumberland, Maryland 21502
        Tel: (301) 759-3700
        Email: lbeeman@blpblaw.com
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2021, a true and correct copy of the foregoing, including all supporting memoranda and exhibits, was served by e-mail on the following:

Sundeep Hora, Esq.
shora@adhlawfirm.com

        / s /
        By: T. Lee Beeman, Jr., Bar No. 19613