business's registration, 331B, LLC's registered agent is Jason C. Buckel, 206 Washington Street, Cumberland, MD 21502.

3. "Rockwell Fitness" is a trade name registered to Defendant 331B, LLC. Rockwell Fitness is a full-service gym, with approximately 33 employees, located at 551 Baltimore Annapolis Blvd D, Severna park, MD 21146. Prior to her unlawful termination, Ms. Kubas worked at Rockwell Fitness (hereinafter, "RWF" or "gym") as a part-time administrative assistant.

## II. Jurisdiction and Venue

4. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. § 1331.

5. Venue is proper in this judicial district pursuant to 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. § 1391 because Plaintiff worked at RWFin Anne Arundel County and the actions and omission giving rise to the claims asserted herein occurred in this District.

## III. Exhaustion of Administrative Remedies

6. Plaintiff has exhausted her administrative remedies prior to filing this lawsuit.

7. The EEOC issued Plaintiff a Notice of Right to Sue on June 2, 2020. This lawsuit is being filed within 90 days of Plaintiff's receipt of this notice as required by 29 CFR § 1614.407.

## IV. Statement of Facts

8. Ms. Kubas started working for RWF in 2006 in the Child Care Department under its prior owners. She later switched into an Administrative Assistant position, where she handled bookkeeping and other similar tasks.

9. In or around the fall of 2016, Ms. Kubas joined a weekly small group personal training session taught by Devin Conway, who was, at that time, the Personal Training Director

for RWF. Though the class initially had six attendees, four individuals dropped out and the class soon consisted of only Ms. Kubas and the husband of another employee. During these personal training sessions Ms. Kubas was repeatedly sexually harassed by Mr. Conway. He would call her "hot buns," ask her to bend over so he could enjoy the view of her posterior, and simulate masturbation using the gym's exercise ropes. While Conway's behavior made Ms. Kubas uncomfortable, for a time, they had a workplace friendship and Ms. Kubas would interact with him socially outside of the office to some degree.

10. Mr. Conway's behavior escalated over the next two years. At times he would deliberately collide with Ms. Kubas and rub his body against her. Twice he locked the door to Ms. Kubas's office and proceeded to grope her breasts. Ms. Kubas asked him to stop in both instances. Conway's behavior made Ms. Kubas nervous and uncomfortable, but she feared reporting him. At this point, Ms. Kubas was unaware that Mr. Conway was treating other female employees in the same manner.

11. In or around August of 2017, after a night of trivia at a local bar, Ms. Kubas and Mr. Conway had a consensual sexual encounter. Ms. Kubas has never suggested that this was anything but consensual and as will be discussed below, she disclosed the encounter to Mr. Chisolm when making a complaint to him that Mr. Conway had sexually harassed her and other female employees of RWF.

12. In September of 2018 the gym was purchased by Brian Chisolm and Said Saab, through their entity, Defendant 331B, LLC. At that time, Ms. Kubas was employed as an Administrative Assistant, working approximately ten (10) hours a week at a rate of fourteen dollars ($14) an hour.

13. In November 2018, at a Thanksgiving event at RWF, Ms. Kubas was approached by RWF employee Riley Mayer. Ms. Mayer confided in Ms. Kubas that Mr. Conway was making her uncomfortable in the workplace by repeatedly grabbing her posterior and making sexualized comments about the same. Ms. Mayer's complaints regarding Conway sounded eerily familiar to his harassment of Ms. Kubas. Ms. Mayer quit shortly thereafter.

14. In April of 2019 Mr. Conway became the gym's General Manage and Ms. Kubas's supervisor. At this point, Conway stopped teaching Ms. Kubas's group training session and ceased harassing Ms. Kubas.

15. On May 11, 2019 Ms. Kubas attended a benefit at RWF for an employee with an autoimmune disease. There was a substantial amount of alcohol consumed during the event by staff, in part, because Mr. Chisolm was passing out vodka shots to employees in his office. That evening, Ms. Kubas spoke with a RWF trainer named Bobbi Beers in the women's restroom. Ms. Beers disclosed that Conway was romantically interested in her and he was making her feel uncomfortable at work. Ms. Beers mentioned that Conway had showed up at her house unannounced and was flirting with her inappropriately in the workplace. While Ms. Beers insinuated that she was interested in Conway, she also told Ms. Kubas she doubted Mr. Conway's character and intentions. Ms. Beers stated she was concerned about "rejecting" Conway due to the fact that he was tasked with delegating clients to her and could easily affect her income. In an act of solidarity Ms. Kubas shared her own experiences with Conway, specifically mentioning the two instances of workplace groping and their past sexual encounter (of which Ms. Beers was already aware).

16. That same evening, another trainer named Breanna Moore, who had recently been promoted to Assistant Manager of RWF, also talked with Ms. Kubas and conveyed similar experiences with Mr. Conway.

17. After the benefit, Ms. Beers invited Ms. Kubas and a few others out for drinks at the Taphouse in Severna Park. Ms. Beers drove herself and Ms. Kubas to the bar and they spoke more about how Ms. Beers could handle Conway's advances without jeopardizing her job. Later that evening, Ms. Beers came to Ms. Kubas's home, where they continued their discussion. Ms. Kubas had no reason to doubt the authenticity of Ms. Beers statements or her concerns regarding Conway.

18. For reasons unknown to Ms. Kubas, Ms. Beers chose to disclose her communications with Ms. Kubas regarding Mr. Conway to him at some point prior to Ms. Kubas going to work on May 13, 2019. When Ms. Kubas arrived at work that morning, she found Conway standoffish and hostile towards her which made her concerned that someone had related to him the details of her candid conversations with Ms. Beers and Ms. Moore at the event that took place two nights prior. She reached out to Mr. Conway over text and asked him to speak with her because she was concerned for her job.

19. Later that day, Ms. Kubas and Mr. Conway met in Mr. Conway's office. Mr. Conway admitted that he was told about Ms. Kubas's conversation with Ms. Beers. He was livid and told Ms. Kubas that he did not want to hear another word about her allegations and that he could not have her complaint come out against him. He told Ms. Kubas that they needed to sweep everything under the rug. Conway then screamed at Ms. Kubas that if he heard that she was talking to anyone else about the matter, there would be consequences for her.

20. Shortly thereafter, Conway's attitude and demeanor towards Ms. Kubas became very negative and changed dramatically in retaliation for her truthful comments about his sexually harassing behavior towards her. For example, Conway started undermining and belittling Ms. Kubas during meetings, he would purposefully ignore her when Ms. Kubas would say good morning to him, and go out of his way to avoid interacting with her. Mr. Conway's attitude also appeared to change towards Ms. Williams, who he believed supported Ms. Kubas. Ms. Williams' hours were drastically cut and she resigned her position from the gym shortly thereafter.

21. For the sake of her own safety, the safety of the other female employees of RWF, and the health of the business, Ms. Kubas decided to report Mr. Conway's behavior to RWF's owners, Chisholm and Saab. As a thirteen-year employee of the gym, Ms. Kubas was invested in its continued success and believed that Conway posed a serious threat to the business.

22. On or around June 1, 2019 Ms. Kubas spoke with one of the owners, Brian Chisolm, by phone. During their conversation Ms. Kubas was forthright with Mr. Chisolm explaining that while she once had a consensual encounter with Conway approximately two years prior, that he had sexually harassed her for years including groping her in her office. Ms. Kubas further told Mr. Chisolm about her conversation with Ms. Beers regarding Ms. Beers' concerns with Mr. Conway. Ms. Kubas made it clear that she would like to remain anonymous, and that she simply wanted Conway to leave her alone and allow her to do her job without issue. Chisolm assured Ms. Kubas that he and Mr. Saab would investigate the matter and take her allegations seriously and that the complaint would remain confidential.

23. In or around early June of 2019, Mr. Conway called Ms. Kubas into his office and started yelling at her about an error she made on her time clock, which was normally a non-issue.