Page 11

1  So, it wasn't my vision that I would
2  be running the gym at this point.  But due to
3  such financial stress, my wife is also an
4  occupational therapist and she helps out where
5  she can in the group exercise department of
6  the gym.
7      Q.   **Approximately how many employees does**
8  **Rockwell Fitness have currently?**
9      A.   Currently, probably 16 W-2 employees,
10 which is our people that work the front desk
11 kind of the hourly people.
12          We do have some personal trainers that
13 work on a contractual basis, 1099, that sort of
14 thing that may work at three or four different
15 gyms at times and come in to train some of
16 their people in our facility.
17     Q.   **How many 1099s would you say that you**
18 **have?**
19     A.   Right now, we probably have --
20 because this includes group instructors who
21 might teach yoga or bodypump or one of those
22 types.  We probably have ten to 12.

1     Q.    When did you purchase Rockwell
2  Fitness?
3     A.    August of -- I think it was actually
4  September 1st of 2018 is when it went into
5  operation.
6     Q.    At the time that Ms. Kubas was
7  employed at Rockwell Fitness, right prior to her
8  termination which we'll just say was in July of
9  2019, do you agree with that?
10    A.    Yeah, I think it was late June of
11 2019 is correct.
12    Q.    In that summer of 2019, approximately
13 how many employees did Rockwell have at that
14 point?
15    A.    It was much larger.  It was probably
16 35 to 40 people as W-2s because we were running
17 kid's club, which took quite a few different
18 employees.  Most of them being part-time with a
19 couple of that were considered full time, the
20 front desk manager, the general manager, the
21 personal training director.  So, 32 with those,
22 but I will you that our 1099s employees were

1  quite larger then because we were running so
2  many group exercise classes.  We had more
3  personal trainers.  So, that was upwards of 40
4  to 50 if you were to take that whole span.
5      **Q.   Is the kid's club no longer operating**
6  **at this point because of the pandemic?**
7      A.   Not at this point.  We've tried to
8  open it up a couple of times and just have not
9  much of an attendance.  I don't know if that's
10 an environmental thing or more parents are home
11 right now.  We do hope to open some sort of a
12 kid's club back up in the future.
13     **Q.   When were you elected as a state**
14 **delegate?**
15     A.   I was elected in 2018.  November of
16 2018, I won the general election.
17     **Q.   In terms of who owns Rockwell**
18 **Fitness, it's yourself and Mr. Saab, is that**
19 **correct?**
20     A.   That is correct.
21     **Q.   Mr. Saab is also a state delegate, is**
22 **that correct?**

1     A.    That is correct.
2     **Q.    How did you two decide that you**
3  **wanted to purchase Rockwell Fitness?**
4     A.    Well as I previously stated, I
5  purchased a lot of investment properties,
6  residential.  Delegates asked me a few times if
7  I needed business partners or wanted other
8  investors.
9            It's tough to buy residential
10 properties with other people because you have
11 other visions.  Truth be told, I didn't think
12 that delegate Saab had a whole lot to bring to
13 the table as far as renovating a home.  I've
14 had other people help me, but I just didn't
15 want to buy residential properties with
16 delegate Saab.  He said, "What about a
17 business?"  I kind of said, "No," for a while
18 and then he asked me if I was interested in
19 buying a gym.  It's kind of always been in my,
20 I guess, back of my mind that I would like to
21 own a gym at some point.  And when he mentioned
22 Rockwell Fitness, it's the gym I've working out

1  not.  Am I worried about it hurting membership?
2  Absolutely not.  Am I concerned that we
3  destroyed the character of a couple honest
4  people?  Absolutely.
5      Q.   In terms of -- you were focusing more
6  on your political stuff.  I'm asking you just
7  in general about your standing in your
8  community.
9           It doesn't seem like that you felt
10 like you were embarrassed in any way with
11 respect to your standing in the community?
12     A.   That's correct.
13     Q.   Focusing around the time of 2018,
14 2019, around there, how would employees at
15 Rockwell Fitness maintain their time?
16     A.   They have a clock in.  We use a
17 system called Mindbody.  When you clock in, it
18 clocks your exact hour and minute.  I think I
19 turned it over to the records.
20          I'm going to give you an example
21 because I looked this morning and I looked back
22 at that exact time period for some of the other

Page 74

1   different part of your affidavit now.
2             In your affidavit on paragraph 9.,
3   you wrote, "On June 12th, 2019, Ms. Kubas asked
4   to speak with me via phone.  I called her and
5   she proceeded to tell me that she felt Mr.
6   Conway was being mean to her and ignoring her.
7   She also told me that Mr. Conway had made her,
8   and other female employees feel uncomfortable.
9   This was the first complaint I ever received
10  concerning Mr. Conway," do you see that, sir?
11       A.   I do.
12       Q.   Is that correct, sir, that this was
13  the first time that you had received any
14  complaints concerning Mr. Conway as you
15  indicated in your affidavit under oath?
16       A.   That's the first time I received a
17  complaint about females being uncomfortable,
18  for sure.  People complain about the general
19  manager all the time.
20       Q.   This was the first time that you ever
21  received a complaint concerning Mr. Conway as
22  it relates to women feeling uncomfortable

Page 75

1  around him?
2       A.   Correct, to the best of my
3  recollection.
4       Q.   Prior to that, you might have heard
5  complaints about other things relating to him
6  and it doesn't necessarily involve being
7  inappropriate with women, correct?
8       A.   That's correct.
9       Q.   I want you to keep that date in your
10 mind, sir, from your own affidavit, if that's
11 okay.  June 12th, 2019, correct?
12      A.   Got it.
13      Q.   This is an email from Ms. LaToya
14 Butler-Williams to you, dated June 4th, 2019,
15 correct?
16      A.   Correct.
17      Q.   It bares the Bates stamped 331b 0061?
18      A.   Correct.
19      Q.   I'm going to zoom in on this because
20 it's a little tight.  Let me know when you are
21 able see it.  Are you able to see it?
22      A.   Yeah, I can make through it.

Page 89

1    A.   It doesn't indicate anything to me.
2    **Q.   Does it indicate --**
3    A.   Other than she was nervous about
4  telling me about the Friday night, which was
5  obviously an embarrassing situation for Ms.
6  Kubas.  That's how I read it.
7    **Q.   But you would agree with me then,**
8  **that has nothing to do with an issue of whether**
9  **or not Mr. Conway selected to be the general**
10 **manager of the gym, right?**
11   A.   No, not that time.
12   **Q.   Ms. Kubas is expressing to Ms.**
13 **Williams that she's afraid that if she tells**
14 **you about this issue with Mr. Conway, then**
15 **she'll potentially be fired, right?**
16   A.   That's what she wrote, but I don't
17 know why she would believe that.
18   **Q.   She was fired, wasn't she?**
19   A.   She was asked why -- could she
20 explain where she had been for the last two
21 hours while she was clocked in and Ms. Kubas
22 walked out?  I never said the word, "You're