1  allegations?

2      A.  Is that a serious -- why -- once
3  again would I not be shocked by the
4  allegations?  The allegations --

5      Q.  Why were you surprised by it?

6      A.  I was shocked by the allegations.
7  Surprised, shocked -- whatever you want to call
8  it.  I was appalled by the allegations.  I
9  never had any kind of situation -- in like that
10 before, as well as sexual harassment.  It was
11 a very very serious topic.  As well as should
12 not be thrown around, should not be misused.
13 And to have that allegation come out with a
14 situation like that was ridiculous.  I was more
15 than shocked about it.

16     Q.  But you also said that this was the
17 first you ever heard of a complaint by Ms.
18 Kubas, right?

19     A.  Yes.

20     Q.  Is that true?

21     A.  Yes, once again a formal complaint in
22 the workplace from my owner.  Yes.