**EMAIL #3**

On Wednesday, June 19, 2019, Sid Saab <ssaabs1@aol.com> wrote:
Kim,

I am also sorry for this. Brian and I will discuss this and talk to you the next couple of dayss.

Sent from my iPhone

On Jun 19, 2019, at 6:38 PM, Brian Chisholm <bc@rwfitness.com> wrote:

**EMAIL #2 response to EMAIL #1**

Hello Kim

Thank you for the detailed description of the events. It is our primary responsibility as owners to provide a safe and healthy enviroment for our employees and members. We will continue to take this situation very seriously and investigate to the best of our ability.

<u>As I stated earlier today, I am good with you working from home. Please do clock in everyday so we can avoid any possible conflict between you and Devin.</u>

I will be in touch over the next couple days and I am really sorry that you are in this situation and mindset.

**EMAIL #1**

On Wed, Jun 19, 2019 at 6:14 PM Kim Kubas <kkubas@rwfitness.com> wrote:
Dear Brian and Sid,

I am writing to formally document the recent weeks series of events and what has led to where I am at the present moment.

I want to start by saying, I truly am invested in Rockwell's profitability and success as a gym. Having been with the company for 13 years, I have formed great relationships with members as well as staff, that keeps me coming back each day with a smile. It was a pleasure to meet you two, and I can see both of you have a financial, as well as emotional investment in the gym as well.

This all started May 11, 2019, after the benefit for Pete. Bobbi Beers asked me if I could give her any advice on how to handle Devin. She told me he has been acting aggressive (sexually) towards her, and she does not trust him. She stated she was afraid of losing clients if she stood up to him. I told her that she needs to trust her instinct, and that I have personally witnessed him doing the same to others, including myself.

That Monday, May 13, Devin did not acknowledge me at all. I said hello, he ignored me. I asked to meet with him, at which point he demanded that I keep it all a secret, it never happened, and to sweep it under the rug. In addition, he berated me for coming clean to Bobbi. I felt badly for her, and my sole intention was to let her know she is not trapped with this situation.

Since then things have gotten worse. I did reach out to you, Brian. And I thought and thought about it, debating if it was the right thing to do. I was nervous and scared, but I did.

There are at least 2 other women who have approached me with similar stories, and if need be I can contact them and disclose their identities, if they wish.

I have felt highly uncomfortable around Devin since this came to light, due to the fact he is singling me out. It is without a doubt related to my bringing his sexual harassment to light. He berated me about my error in clocking in. There are plenty of times staff forgets to clock in, and he has never had an issue with anybody else previously.

I had not clocked in properly, due to the the schedule of our software conference calls, and providing care for my daughter during those times. He called me in his office on June 18, and accused me of thinking I'm better than everyone, and not clocking in just to get him upset.

He also admitted talking to other staff about this situation. (Bree and Sarah). That is when I felt the most embarrassed and upset. I have kept this whole situation private, between you (Brian) and Devin. I have gone out of my my to make sure this situation is protected and anonymous, and I feel let down.

*(continued on next page)*

APPEAL # 1910571

2

PL Production A047

EMAIL #1 (continued)

I have been feeling dread and anxiety anytime I have to communicate with Devin, and it is taking a toll on me.

Due to the current situation, I am requested the ability to work from home for the next two weeks, until I figure out how to proceed.

i look forward to hearing from you.

Take care,

--
**Kimberly Kubas**
Administrative Assistant
Rockwell Fitness
410-432-6140

--
**Brian A Chisholm**
Rockwell Fitness
*Owner/Operator*
443-995-1520 Cell
bc@rwfitness.com

--
**Kimberly Kubas**
Administrative Assistant
Rockwell Fitness
410-432-6140

--
**Brian A Chisholm**
Rockwell Fitness
*Owner/Operator*
443-995-1520 Cell
bc@rwfitness.com

--
**Brian A Chisholm**
Rockwell Fitness
*Owner/Operator*
443-995-1520 Cell

APPEAL # 1910571

3

On Thu, Jun 20, 2019 at 8:20 PM Kim Kubas <kkubas@rwfitness.com> wrote:
Hello,

EMAIL #6

I appreciate you speaking out today regarding the issues at hand. I am prepared to put this behind me, with the assumption all is well moving forward.

Moving on, in regards to the numbers, I can definitely generate a report with each members dues. As far as breaking it down into usage, out software does not currently have that capacity ( thank God for club Automation!). I will have to manually look at each member to determine that information.

I have been keeping a close eye on sales/ cancels, and currently (June) our average membership is only $37. We have 15 new members, vs 29 cancels currently. So I definitely have been seeing the problem here.

I will get back to you tomorrow with the reports.

Have a nice evening,
Kim

On Thursday, June 20, 2019, Brian Chisholm <bc@rwfitness.com> wrote:

Sorry forgot the attachment.

---

EMAIL #5

On Thu, Jun 20, 2019 at 7:09 PM Brian Chisholm <bc@rwfitness.com> wrote:
Hello Kim

Thank you, both Sid and I met today with Devin and some others in regards to the current state of Rockwell Fitness. We furthermore spoke with Devin alone with just Sid and myself and discussed the culture and the overall environment of the gym. I do not believe this will be any sort of a concern going forward although we only discussed things in very general terms. You will have to let either Sid or I know if you feel as though you are not comfortable or safe. Once again, we are very sorry if you felt any undue pressure or uncomfortably dangerous situations.

We did spend an enormous amount of time on Memberships and the PDF I have attached. We did some research today and realized that we have 122 members paying $0, 466 under $ $30 and 890 under $37.00. This is the major challenge and concern with the gym right now. It will literally bankrupt us if we do not get a handle on this right away.

Can you please run a report on every member and what they actually pay per month. In that report we will need you to let us know the last time they were in the building, how many times they have been in the facility in the last 30-90 and 180 days? We also want to make sure they are being charged but it is to another member.

Thank you Kim and I look forward to hearing from you tomorrow on this information.

Have a great night.

---

EMAIL #4

On Thu, Jun 20, 2019 at 6:27 PM Kim Kubas <kkubas@rwfitness.com> wrote:
Hello Brian and Sid,

Thank you for your responses. I just want to make it clear that I am not requesting that Devin be let go, or anything of the sort.

I simply want to be treated with common courtesy, and basic respect. I am not sure what the answer is either, but I trust that you two want to ensure this as well.

I truly appreciate both of you, and the opportunity you have given me to work with the company. I went in today to take all my work home, as well as the deposits, and will bring those to the bank tomorrow.

Let me know if you have any questions.

Take care,
Kim

APPEAL # 191057 |

4

Mail body: Fwd: Document 3

Sent from my iPhone

Begin forwarded message:

From: Kimberly Kubas <kmkubas@hotmail.com>
Date: August 21, 2019 at 3:51:37 PM EDT
To: Kimberly Kubas <kmkubas@hotmail.com>
Subject: Document 3



→ General Manager

ATTN: HEARING EXAMINOR
Evidence

Kimberly Kubas
APPEAL # 1910571
Hearing - 8/23/19
@ 9am

Sent from my iPhone

APPEAL # 1910571

1