UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS** )<br>       Plaintiff, )<br> )<br>  v.            ) Civil Action No. 1:20-cv-2456<br> )<br>**331B, LLC** )<br>**(D/B/A ROCKWELL FITNESS)** )<br> )<br>       Defendant. )<br> ) | |

### PROPOSED ORDER

Upon Consideration of the Plaintiff Kimberly Kubas's Consent Motion for Extension of Time to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment, on this _____ day of _____ 2021, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Plaintiff shall file her Opposition on or before December 17, 2021 and Defendant will file its Reply Brief on or before January 14, 2022.

**SO ORDERED.**

_____
Charles B. Day
United States Magistrate Judge