UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

**KIMBERLY KUBAS**  )
        Plaintiff, )
        )
  v. ) Civil Action No.  1:20-cv-2456 (MJM)
        )
**331B, LLC** )
**(D/B/A ROCKWELL FITNESS)** )
        )
        Defendant. )
        )

## PROPOSED ORDER

Upon Consideration of the Plaintiff Kimberly Kubas's Consent Motion to Modify Pretrial Deadlines on this __24th__ day of __October__ 2022, it is hereby **ORDERED** that the Motion is **GRANTED**; the pretrial deadlines are as follows:

| **Deadline** | |
|---|---|
| February 27, 2023 | Deadline for Joint Proposed Pretrial Order |
| February 27, 2023 | Deadline for Proposed Jury Instructions, Voir Dire, and Special Verdict Form |
| February 27, 2023 | Deadline for Motions in Limine and any legal trial memoranda regarding the claims, at the option of counsel, and any limitation of evidence, if necessary |
| March 6, 2023 | Deadline for any Responses to Motions in Limine |
| March 13, 2023 | Deadline for any Replies with respect to Motions in Limine |
| March 20, 2023 | Deadline for delivering one copy of all trial exhibits in three-ring binder(s) to Judge Maddox's chambers (address listed above) |
| March 27, 2023, 10:00am | Pretrial conference telephone call |

SO ORDERED.

Matthew J. Maddox
U.S. Magistrate Judge