UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS** )<br>Plaintiff, )<br>)<br>v.     )<br>)<br>**331B, LLC** )<br>**(D/B/A ROCKWELL FITNESS)** )<br>)<br>Defendant**.** )<br>) | Civil Action No.  1:20-cv-2456 (MJM) |

### MOTION IN LIMINE TO EXCLUDE STATUS OF SID SAAB AND BRIAN CHISHOLM AS MEMBERS OF THE MARYLAND GENERAL ASSEMBLY

**NOW COMES** Defendant 331B, LLC, d/b/a: Rockwell Fitness ("Rockwell") by and through its counsel, Jason C. Buckel, T. Lee Beeman, Jr., and Buckel, Levasseur, Pillai & Beeman, LLC, and, pursuant to the Federal Rules of Evidence, seeks to exclude from the jury evidence that Sid Saab and Brian Chisholm are members, either current or past, of the Maryland General Assembly, and in support thereof, states the following:

1. Sid A. Saab ("Saab") served as a member of the House of Delegates in the Maryland General Assembly between January 14, 2015 and January 11, 2023, representing House District 33.

2. Brian A. Chisholm ("Chisholm") has served as a member of the House of Delegates in the Maryland General Assembly since January 9, 2019, representing House District 31B until January 11, 2023 and House District 31 since January 11, 2023.

3. Sid A. Saab and Brian A. Chisholm are the owners of 331B, LLC, d/b/a: Rockwell Fitness.

4.      For the reasons outlined in the attached Memorandum of Law in Support of Defendant's Motion in Limine to Exclude Status of Sid Saab and Brian Chisholm as Members of the Maryland General Assembly ("Memorandum"), Saab and Chisholm's status as members of the Maryland General Assembly is irrelevant to this matter. Fed. R. Evid. 401.

5.      For the reasons outlined in the Memorandum, Saab and Chisholm's status as members of the Maryland General Assembly should be excluded. Fed. R. Evid. 402.

6.      For the reasons outlined in the Memorandum, the limited probative value, if any, regarding Saab and Chisholm's status as members of the Maryland General Assembly is substantially outweighed by a danger of unfair prejudice or jury confusion and should be excluded. Fed. R. Evid. 403.

WHEREAS, Defendant 331B, LLC hereby moves this Court, pursuant to the Federal Rules of Evidence to exclude Sid Saab and Brian Chisholm's status as members of the Maryland General Assembly and for such further relief as this Court deems necessary and just.

Respectfully submitted,

/ s /
Jason C. Buckel, Bar Number: 24766
T. Lee Beeman, Jr., Bar Number: 19613
Buckel, Levasseur,
Pillai & Beeman, LLC
206 Washington, Street
Cumberland, Maryland 21502
Tel: (301) 759-3700
Email: lbeeman@blpblaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2023, a true and correct copy of the foregoing was served by e-mail on the following:

Sundeep Hora (Bar. No. 28208) (shora@adhlawfirm.com)
Emma Eckert (eEckert@adhlawfirm.com)

/ s /
By: T. Lee Beeman, Jr., Bar No. 19613