**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **KIMBERLY KUBAS** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-2456 (MJM) |
| | ) | |
| **331B, LLC** | ) | |
| **(D/B/A ROCKWELL FITNESS)** | ) | |
| | ) | |
| Defendant**.** | ) | |
| | ) | |

## Proposed Order

Upon Consideration of Plaintiff's Omnibus Motion *in Limine*, on this _____ day of

_____2023, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1.  Defendant shall be precluded from offering any evidence or otherwise alluding to

    offers of settlement at trial;

2.  Defendant's owners, Brian Chisholm and Sid Saab, and all of other witnesses who

    may be called to testify at trial, shall be precluded from offering their personal

    opinions on the merits of the lawsuit and Plaintiff's credibility;

3.  Messrs. Chisholm and Saab shall be precluded from using their status as public

    officials to imply that have a heightened duty to tell the truth and/or ensure the safety

    and equitable treatment of their employees;

4.  Defendant shall be precluded from offering an employee handbook into evidence at

    trial or offering any other evidence of written policies pertaining to this case.

**SO ORDERED.**

_____
Matthew J. Maddox
United States Magistrate Judge