# BUCKEL, LEVASSEUR, PILLAI & BEEMAN, LLC
## ATTORNEYS AT LAW



| | | |
|---|---|---|
| LINDA W. BUCKEL | RONALD J. LEVASSEUR, RETIRED | |
| JASON C. BUCKEL | | *ALSO ADMITTED IN WV |
| S. RAMANI PILLAI* | | |
| T. LEE BEEMAN, JR.* | | |

March 29, 2023

**Filed via CM/ECF and Sent via e-mail (stephanie_james@mdd.uscourts.gov)**
Chambers of the Honorable Mark J. Maddox
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    RE:    Kubas v. 331B, LLC
               Civil Action No. 1:20-cv-2456 (MJM)

Dear Judge Maddox:

    This letter is submitted following the Pre-Trial Conference, scheduled and held in the above-referenced matter on March 27, 2023, at the direction of the Court and is intended to supplement the Pre-Trial Statement and address the scheduling issues brought to light during the March 27, 2023 and March 29, 2023 teleconferences.

**Supplementation of Joint Pre-Trial Statement**

    Defendant supplements the Joint Pre-Trial Statement in the following manner:

6.    Witness List

    b.    Defendant may call

        **8.**    **Breanna Moore**
                **943 Longview Avenue**
                **Pasadena, MD 21122**
                **(410) 991-9567**

        **9.**    **Bobbi Beers**
                **205 Ullman Road**
                **Pasadena, MD 21122**
                **(609) 675-1219**

206 Washington Street      The Bryan Center
Cumberland, MD 21502      82 W. Washington Street, Suite 600
Phone: (301) 759-3700      Hagerstown, Md 21740
Fax: (301) 722-0334      Phone: (301) 393-3723

    7.       Fed. R. Civ. P. 32(a)(4) Deposition Designations

          b.       Defendant's Deposition Designations

                  1.       **Devin Conway**

**004:10 - 004:17; 006:12 - 006:16; 007:13 - 007:15; 010:10 – 013:03; 046:04 - 055:22; 056:03 - 057:20; 060:18 – 062:03; 063:11 - 065:05; 065:22 – 078:20; 079:11 - 088:06; 089:07 - 094:11; 095:21 - 107:22; 109:02 - 110:20; 111:13 - 112:04; 113:01 - 116:06; 116:13 – 123:19; 131:05 - 133:22; 134:02 - 139:14; 143:12 - 143:21; 147:04 - 148:07; 149:07 - 154:01; 154:18 - 158:10; 159:12 - 160:06; 161:13 - 163:11; 163:15 - 170:20; 171:11 - 172:06; 172:12 - 172:19; 175:05 - 177:02; 189:01 – 199:15.**

**Availability of Witnesses for Currently Scheduled Trial Date**

Counsel was able to confirm with Breanna Moore that she is presently available only on April 24, 2023, and would not be available for the remainder of the currently scheduled trial as she is scheduled for a work trip out of the country from April 25, 2023 for one week.

**Availability of Defendant's Counsel for Proposed New Trial Dates**

During the telephone conference held today, March 29, 2023 the following dates were offered for rescheduling the currently scheduled trial, pending Mr. Buckel's calendar review:

**May 30, 2023 – June 2, 2023** – Mr. Buckel is scheduled for a single day jury trial in the Circuit Court of Allegany County on May 31, 2023

**June 20, 2023 – June 23, 2023** – Mr. Buckel is scheduled to attend the Tax Academy Policy Seminar in Arlington, Virginia June 22-23, 2023.

Thank you for your attention in this matter.

                                            Very truly yours,

                                            /s/
                                        Jason C. Buckel, Bar Number: 24766
                                        T. Lee Beeman, Jr., Bar Number: 19613
                                        BUCKEL, LEVASSEUR,
                                        PILLAI & BEEMAN, LLC
                                        206 Washington Street
                                        Cumberland, MD 21502
                                        301-759-3700
                                        E-mail: Lbeeman@blpblaw.com
                                        COUNSEL FOR DEFENDANT