IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIMBERLY KUBAS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action  MJM 20-2456 |
| 331B, LLC d/b/a ROCKWELL FITNESS, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

### ORDER

On October 17, 2022, the Court entered an Order scheduling a jury trial in this matter for April 24, 2023, and directing the parties to file a Joint Proposed Pretrial Order by February 20, 2023. ECF 58. The parties filed a Joint Pretrial Statement on February 27, 2023. ECF 64. The Joint Pretrial Statement notes a number of disputes between the parties concerning (1) a proposal to amend the Complaint by plaintiff Kimberly Kubas ("Plaintiff"); (2) two stipulations of fact proposed by Plaintiff; (3) trial exhibits submitted by each party; (4) proposed jury instructions; (5) proposed *voir dire*; (6) proposed special verdict forms; and (7) motions *in limine*. A telephonic pretrial conference was conducted on March 27, 2023, during which the Court addressed and heard argument concerning the foregoing disputes, resolved some of the disputes, and took others under advisement.

Following the telephonic pretrial conference on March 27, 2023, defendant 331B, LLC submitted correspondence modifying a portion of the Joint Pretrial Statement. ECF 75. After consulting counsel for the parties to reschedule the trial, the Court entered an Order on April 12, 2023, rescheduling the trial for July 10, 2023. ECF 76. On April 28, 2023, the Court granted Defendant's Motion to Continue Trial and rescheduled jury selection to begin on August 28,

2023, and trial to begin on August 29, 2023. ECF 79. Upon consideration of the continuance of the trial date, the Court orally granted Plaintiff leave to file her proposed Amended Complaint as the operative complaint in this matter.[1] The Amended Complaint was filed on May 8, 2023, and has been accepted for docketing. ECF 80. Defendant has not yet filed a responsive pleading.

The Court has entered a Memorandum and Order resolving the parties' motions *in limine*. ECF 81.

It is this 16th day of August 2023,

ORDERED that a final pretrial conference is scheduled for **Wednesday, August 23, 2023, at 11:00 a.m.**, to be conducted by telephone conference; and it is further

ORDERED that Defendant shall file a pleading in response to the Amended Complaint no later than August 25, 2023; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 16(d) and L.R. 106.5, the Joint Pretrial Statement (ECF 64), as modified (ECF 75), is APPROVED as the Pretrial Order in this matter with the following additional modifications:

1. The following joint stipulation of fact is added:

    Plaintiff's last date of employment was June 21, 2019.

    The two stipulations of fact proposed by Plaintiff in Section 3.b of the Joint Pretrial Statement are stricken.

---

[1] Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that a court "should freely give leave [to amend a complaint] when justice so requires." A motion for leave to amend "should be denied only where it would be prejudicial, there has been bad faith, or the amendment would be futile." *Nourison Rug Corp. v. Parvizian*, 535 F.3d 295, 298 (4th Cir. 2008) (citing *HCMF Corp. v. Allen*, 238 F.3d 273, 276–77 (4th Cir. 2001)). The continuance of the trial date removed any prejudice that filing of the Amended Complaint might have imposed upon Defendant. The Court does not find that Plaintiff seeks to amend her pleading in bad faith or that the amendment is futile.

2. The Court will utilize the attached set of *voir dire* questions drawn from the parties' proposals in lieu of either proposal.

3. The Court will address the parties' remaining disputes concerning trial exhibits, in light of its rulings on the parties' motions *in limine*, during the final telephonic pretrial conference.

4. The Court will address the parties' disputes concerning jury instructions and special verdict forms after the close of evidence.

It is so **ORDERED**.

                                                               /S/
                                      Matthew J. Maddox
                                      United States Magistrate Judge