**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KIMBERLY KUBAS,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action  MJM-20-2456** |
| | * | |
| **331B, LLC d/b/a ROCKWELL FITNESS,** | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## COURT'S VOIR DIRE

**THE ENTIRE JURY PANEL WILL PLEASE STAND AND BE SWORN FOR EXAMINATION ON VOIR DIRE.**

### Statement of Case

This case arises from an employment dispute. Plaintiff Kimberly Kubas worked for Rockwell Fitness, a gym located in Severna Park, Maryland. The gym is owned and operated by Defendant, 331B, LLC, a Maryland limited liability company owned by Brian Chisholm and Sid Saab. Plaintiff commenced this civil action against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII") alleging that on June 21, 2019, Defendant terminated her employment in retaliation for reporting sexual harassment by another employee.

### Introductory Comments

I am going to ask you a series of questions. Please understand that these questions are not intended to embarrass you or to pry into your personal affairs. They are solely intended to assure that you can sit as fair and impartial jurors in this case.

Please silently indicate your answers on the answer sheet provided to you next to the

number for each question I read aloud. If your answer to any question is "yes," I will ask you to provide an explanation in a more private setting. Please do not make any statements regarding why you have answered "yes" to a question before I ask for your explanation.

If you are unsure of the answer, please answer "yes."

## **<u>Voir Dire Questions</u>**

1. As I mentioned, this case concerns Plaintiff Kimberly Kubas's allegation that Defendant terminated her employment at a gym called Rockwell Fitness in June 2019 in retaliation for reporting sexual harassment by another employee. Do you have any knowledge of these events?

2. Do you know Kimberly Kubas, or have you read or heard anything about Ms. Kubas either in the news or on social media networks?

3. Plaintiff is represented by Sundeep Hora and Emma Eckert of the law firm of Alderman, Devorsetz & Hora PLLC.  Do you know Mr. Hora, Ms. Eckert, or any member of the law firm of Alderman, Devorsetz & Hora PLLC, either through work or through social connections?

4. Have you or any members of your immediate family had business dealings with, or been employed by, Alderman, Devorsetz & Hora PLLC?

5. The defendant in this case is a Maryland limited liability company, 331B, LLC, d/b/a Rockwell Fitness, owned by Brian Chisholm and Sid Saab.  Rockwell Fitness is a gym located in Severna Park, Maryland. Mr. Chisholm is a Maryland State Delegate, and Mr. Saab is a former Maryland State Delegate.  Do you know Mr. Chisholm or Mr. Saab, either personally or from the news or social media networks?

6. Do you live or have you recently lived in Anne Arundel County?  [At bench: Do you live in District 31 or District 33? Have you voted for or against Mr. Chisholm or Mr. Saab?]

7. Would Mr. Chisholm's or Mr. Saab's status as current or former Maryland State Delegates affect your ability to render a fair and impartial verdict in this case?

8. Have you or any members of your immediate family been a customer or member of Rockwell Fitness, been an employee of Rockwell Fitness, or attended any event at Rockwell Fitness?

9. Have you read or heard anything about Rockwell Fitness in the news or on social media networks?

10.    Have you heard or read anything suggesting that Rockwell Fitness is either a good company to work for or a bad company to work for?

11.    Defendant is represented by Jason Buckel and Lee Beeman of the law firm of Buckel Levasseur Pillai & Beeman LLC.  Do you know Mr. Buckel, Mr. Beeman, or any member of the law firm of Buckel Levasseur Pillai & Beeman LLC, either through work or through social connections?

12.    Have you or any members of your immediate family had business dealings with, or been employed by, Buckel Levasseur Pillai & Beeman LLC?

13.    Do you know or have any familiarity with any other members of the jury pool?

14.    Do you know any of the following individuals who may be called as witnesses or whose names may be mentioned in this case:

      a.  Kimberly Kubas
      b.  Brian Chisholm
      c.  Sid Saab
      d.  Billy Williams
      e.  Devin Conway
      f.  Latoya Williams
      g.  Kat Salemi
      h.  Don Behan
      i.  Michele Behan
      j.  Breanna Moore
      k.  Bobbi Beers

15.    Have you or any members of your immediate family ever had a serious or legal dispute with an employee or employer?

16.    Have you or any members of your immediate family felt sexually harassed or retaliated against at work?

17.    Have you ever filed a grievance or claim regarding any employment-related issues?

18.    Have you or any members of your immediate family had to defend yourself, himself or herself, in a lawsuit?  [At bench: Briefly describe the nature of the allegations in the case against you or the member of your immediate family.]

19.    Have you, a family member, or a close friend ever had a complaint or accusation of sexual harassment or retaliation, formal or informal, made against you or them?

20.    Do you have any views about anti-discrimination laws, discrimination cases, and/or retaliation claims that would make it difficult for you to render a fair and impartial verdict in this case?

21.     Are you or have you ever been a manager, supervisor, or human resources representative, or had a job where you were responsible for hiring or firing employees?

22.     Do you own or have you ever owned your own business? [At bench: What type of business? Is your business currently operating?]

23.     Of those who have business ownership, management, or supervisory experience: Did you ever have to fire or reprimand an employee? [At bench: Describe the reasons.]

24.     The plaintiff in this case is an individual. The defendant is a company. Do you feel that it would be hard to treat an individual and a company equally? In other words, do you have a slight leaning where, if given a choice, you would lean towards favoring one side or the other?

25.     Do you have any moral, religious, philosophical, or political beliefs that preclude you from sitting on a jury or that will make it difficult for you to render a fair and impartial verdict in this case?

26.     Have you or any members of your immediate family studied law or worked in a law office?

27.     Have you or any members of your immediate family ever consulted with a lawyer about the possibility of filing a lawsuit? [At bench: Briefly describe the situation that made you consult with a lawyer.]

28.     Have you or any members of your immediate family ever been sued, sued someone else, or been a witness in a lawsuit?

29.     Have you ever served on a jury before?

30.     The trial of this case may last up to five business days.  During a trial, the jury usually sits from 9:30 a.m. until about 5:00 p.m., with a lunch recess and breaks.  Is there any reason that you could not be involved in this trial for that period of time?

31.     Do you know of any other facts or circumstances which would make it difficult for you to sit as a fair and impartial juror in this case, and render a verdict in accordance with the evidence and the law as instructed?