# **<span style="color:red">CORRECTED</span> CIVIL JURY TRIAL MINUTES**

**DATE:** August 28, 2023            **DAY OF TRIAL:** 1

**TIME:** 9:57 AM – 12:56 PM (2 hrs 59 mins)   **REPORTER/FTR:** Ronda Thomas
2:03 PM – 3:20 PM (1 hr 17 mins)
3:31 PM – 5:22 PM (1 hr 51 mins) = 6 hrs 7 mins

**JUDGE:** Matthew J. Maddox            **CASE NO:** MJM-20-2456

**CASE:** Kimberly Kubas v. 331B, LLC

**CRD:** Rebecca Maldeis            **INTERPRETER:** N/A

**COUNSEL FOR PLAINTIFF:** Sundeep Hora and Emma Eckert

**COUNSEL FOR DEFENDANT:** Terry L. Beeman, Jr. and Jason Buckel

| | | |
|---|---|---|
| ☒ | **Voir Dire Conducted** | ☐ Charge Conference |
| ☒ | **Jury Impaneled** | ☐ Verdict Rendered |
| ☒ | **Jury Sworn** | ☒ Other: **Argument re: Exhibits** |
| ☐ | Opening Statements | ☐ Motions: |
| ☐ | Closing Arguments | ☐ Court's Instructions (Charge) to the Jury |
| ☐ | Jury Discharged | ☐ Polling of the Jury |
| ☐ | Bailiff Sworn: | |

**REMARKS:** Plaintiff Kimberly Kubas present with counsel. Individual representatives of 331B, LLC – Brian Chisholm and Sid Saab – present with counsel. Court and counsel heard re: objections as to exhibits. <span style="color:red">Attorney Hora moved to sequester witnesses during trial; defense counsel unopposed – Court granted.</span> Court in recess until 9:30 a.m. tomorrow, Tuesday, August 29th, 2023.