# <u>**CORRECTED** CIVIL JURY TRIAL MINUTES</u>

| | | | |
|---|---|---|---|
| **DATE:** | September 1, 2023 | **DAY OF TRIAL:** | 5 |
| **TIME:** | 9:36 AM – 9:46 AM (10 mins) | **REPORTER/FTR:** | Ronda Thomas |
| | 9:48 AM – 11:08 AM (1 hr 20 mins) | | |
| | 11:47 AM – 2:31 PM (2 hrs 44 mins) | | |
| | 3:14 PM – 3:16 PM (2 mins) | | |
| | 5:26 PM – 5:32 PM (6 mins) = 4 hrs 22 mins | | |
| **JUDGE:** | Matthew J. Maddox | **CASE NO:** | MJM-20-2456 |
| **CASE:** | Kimberly Kubas v. 331B, LLC | | |
| **CRD:** | Rebecca Maldeis | **INTERPRETER:** | N/A |

**COUNSEL FOR PLAINTIFF:** Sundeep Hora and Emma Eckert
**COUNSEL FOR DEFENDANT:** Terry L. Beeman, Jr. and Jason Buckel

- ☐ Voir Dire Conducted
- ☐ Jury Impaneled
- ☐ Jury Sworn
- ☐ Opening Statements

- ☒ **Closing Arguments**
- ☐ Jury Discharged
- ☒ **Bailiff Sworn**: <u>John Wimmer</u>

- ☒ **Charge Conference (*Cont. fr. 8/31/23*)**
- ☐ Verdict Rendered
- ☒ **Other: Preliminary Matters**
- ☒ **Motions: Judg. as Matter of Law (*renewed*)**

- ☒ **Court's Instructions to the Jury**
- ☐ Polling of the Jury

**REMARKS:** <u>Plaintiff Kimberly Kubas present with counsel. Individual representatives of 331B, LLC – Brian Chisholm and Sid Saab – present with counsel.</u>

- <u>Preliminarily, Court addressed matter of Juror #6's familiarity with Defense witness #1, Bobbie Beers. Voir dire examination of Juror #6 conducted on the record by the Court and counsel. Both Plaintiff and Defense counsel unopposed to Juror #6 remaining on the jury.</u>
- <u>Defense witness #2 Breanna Moore sworn and testimony taken. Cross-examination conducted by Attorney Hora. Attorney Buckel heard on re-direct. Attorney Hora heard on re-cross.</u>
- <u>Defense rested on its case-in-chief; jury excused to deliberation room.</u>
- <u>Defense renewed its Motion for Judgment as a Matter of Law; for the reasons previously stated on the record, the Court denied said Motion.</u>
- <u>Plaintiff moved for permission to reserve right to be heard in rebuttal to Defense's closing remarks – Court granted.</u>
- <u>Court and counsel heard re: modifications to final jury instructions.</u>
- <u>Case recessed to prepare final jury instructions and verdict sheet.</u>
- <u>Upon resumption of case, Court heard as to proposed revisions to verdict sheet.</u>

- Additionally, Attorney Beeman heard in opposition to Attorney Hora's intention to refer to Mr. Chisholm and Mr. Saab's status as State delegates during closing argument. Attorney Hora heard in response. For the reasons stated on the record, the Court *granted* Defense counsel's motion.
- Attorney Hora heard in closing; Attorney Buckel heard in closing. Jury instructions provided to jurors.
- Jury retired to deliberate at 2:13 p.m. Court and counsel discussed verdict sheet.
- Jury note #1 received at 2:48 PM; Court permitted jurors a break; jurors #1 and #4 escorted by CSO for smoke break.
- Edited version sheet discussed with Plaintiff counsel (in courtroom) and Attorney Beeman (via phone).
- Finalized verdict sheet and jury instructions provided to jury.
- Jury note #2 received at 5:13 p.m. After consulting with counsel, the Court excused the jurors; they are to return to the jury deliberation room to resume discussion at 9:30 a.m. on Tuesday, September 5th, 2023.

| Plaintiff Witnesses Sworn | Defense Witnesses Sworn |
|---|---|
|  | 2. Breanna Moore |
|  |  |
|  |  |

**SEALED PORTIONS: 10:06:17 AM – 10:06:55 AM; 10:29:42 AM – 10:30:38 AM; 1:00:29 PM – 1:01:49 PM.**