

USDC - BALTIMORE
'23 SEP 5 PM 3:59

# Kimberly Kubas

## vs.

## 331B, LLC

**Civil No. MJM-20-2456**  **Plaintiff's Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
| --- | --- | --- | --- |
| 1 | 08/29/2023 | 08/29/2023 | Text Exch Kubas, Conway |
| 2 | | | Kubas Time Clock June 2019 |
| 3 | | | Text Exch Kubas, Chisholm |
| 3a | 08/29/2023 | 08/29/2023 | Text Exch Kubas, Chisholm |
| 4 | 08/30/2023 | 08/30/2023 | Email L. Butler-Williams to Chisholm |
| 5 | 08/31/2023 | 08/31/2023 | 331B LLC 2018 Tax Return |
| 6 | 08/31/2023 | 08/31/2023 | 331B LLC 2019 Tax Return |
| 7 | 08/29/2023 | 08/29/2023 | Email Exch Kubas, Chisholm, Saab |
| 8 | 08/30/2023 | 08/30/2023 | Text Chisholm to Saab |
| 9 | 08/29/2023 | 08/29/2023 | Text Exch Chisholm and Kubas |
| 10 | 08/30/2023 | 08/30/2023 | Text Chisholm to Saab |
| 11 | | | Text Exch Kubas, Conway |
| 11a | 08/29/2023 | 08/29/2023 | Text Exch Kubas, Conway |
| 12 | | | Conway Affidavit |
| 13 | | | Beers Affidavit (unsigned) |
| 14 | | | Moore Affidavit |
| 15 | | | C. Conway Affidavit |
| 16 | | | Chisholm Affidavit with attached emails |
| 17 | | | Text Exch Kubas, Chisholm |
| 18 | | | Text Exch Chisholm, B. Williams |
| 18a | 08/31/2023 | 08/31/2023 | Text Exch Chisholm, B. Williams |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 19 | 08/29/2023 | 08/29/2023 | "Hourcorrection" slack forum |
| 20 | | | Butler-Williams Pay Stubs |
| 21 | | | Butler-Williams Pay Stubs Summary (331B 245-0273) |
| 22 | | | WITHDRAWN |
| 23 | | | WITHDRAWN |
| 24 | | | Text Exch Chisholm, Conway |
| 25 | | | Unemployment Denial Letter |
| 26 | 08/30/2023 | 08/30/2023 | Chisholm Timeline Statement |
| 27 | | | Email Conway to Chisholm re Complaint |
| 28 | | | WITHDRAWN |
| 29 | | | Email Chisholm to Beers |
| 30 | | | WITHDRAWN |
| 31 | | | Email Chisholm to Moore |
| 32 | | | EEOC Notice of Charge of Discrimination |
| 33 | | | Email Chisholm to Moore, Saab and others |
| 34 | | | Email Exch Chisholm, Conway |
| 35 | | | Email Exch Chisholm and Y. Anisal, Div. of MD Unemployment |
| 36 | | | Email Conway to Chisholm |
| 37 | 08/30/2023 | 08/30/2023 | Email Exch Conway, Chisholm |
| 38 | | | Email Exch Conway, Chisholm |
| 39 | 08/30/2023 | 08/30/2023 | Email Butler-Williams to Chisholm |
| 40 | 08/30/2023 | 08/30/2023 | Email Exch Chisholm, Saab |
| 41 | | | Text Conway to Chisholm |
| 42 | 08/31/2023 | 08/31/2023 | Text Chisholm to Saab |
| 43 | | | Text Conway to Chisholm |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 44 | 08/30/2023 | 08/30/2023 | Email Chisholm to Crowell and Benedick (Redacted) |
| 45 | 08/30/2023 | 08/30/2023 | Text Exch Chisholm, Conway |
| 46 | | | Text Exch Chisholm, Saab |
| 47 | 08/30/2023 | 08/30/2023 | Text Exch Chisholm, Saab |
| 48 | | | Text Conway to Chisholm |
| 49 | | | Email Chisholm to Conway |
| 50 | | | Email Exch Conway Chisholm |
| 51 | 08/29/2023 | 08/29/2023 | Text Exch Beers, Kubas |
| 52 | 08/29/2023 | 08/29/2023 | Text Exch Kubas, Conway |
| 53 | 08/30/2023 | 08/30/2023 | Text Exch Kubas, Salemi |
| 54 | | | Text Exch Kubas, Butler-Williams |
| 55 | 08/29/2023 | 08/29/2023 | Text Exch Kubas, Moore |
| 56 | | | Email Exch Kubas, Chisholm |
| 57 | 08/29/2023 | 08/29/2023 | Unemployment Fact Finding Report |
| 58 | | | Schedule 1 2019 Kubas Tax Return (redacted) |
| 59 | 08/29/2023 | 08/29/2023 | 2018 Kubas Tax Returns (redacted) |
| 60 | 08/29/2023 | 08/29/2023 | 2019 Kubas Tax Returns (redacted) |
| 61 | | | 2020 Tax Documents |
| 62 | | | Kubas Medical Records |
| 63 | | | Audio Recording of Unemployment Appeal |
| 64 | | | Amended Complaint |
| 65 | | | Answer to Complaint |
| 66 | | | Defendant's Responses to Plaintiff's Interrogatories |
| 67 | | | Plaintiff's Responses to Defendant's Interrogatories |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 68 | | | WITHDRAWN |
| 69 | | | Text Exch Chisholm, Conway |
| 70 | | | Email Exch Conway and Chisholm |
| 71 | | | WITHDRAWN |
| 72 | | | WITHDRAWN |
| 73 | | | WITHDRAWN |
| 74 | | | WITHDRAWN |
| 75 | | | Text Chisholm to J. Souders and B. Moore |
| 76 | | | WITHDRAWN |
| 77 | | | Text Exch Chisholm, Chandler |
| 78 | | | Text Exch Chisholm, Conway |
| 79 | | | WITHDRAWN |
| 80 | | | WITHDRAWN |
| 81 | | | WITHDRAWN |
| 82 | | | WITHDRAWN |
| 83 | | | Text Msg Chisholm to Saab, Buckel and Others |
| 84 | 08/30/2023 | 08/30/2023 | Signed Affidavit of Brian Chisholm |
| 85 | 9/1/2023 | 9/1/2023 | Text Moore, Chisholm |

Exhibit List (Rev. 3/1999)