

USDC - BALTIMORE
'23 SEP 5 PM 3:59

## KIMBERLY KUBAS

### vs.

### 331B, LLC

**Civil No. MJM-20-2456**                    **Court's Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 9/1/2023 | 9/1/2023 | Jury Note #1 |
| 2 | 9/1/2023 | 9/1/2023 | Jury Note #2 |
| 3 | 9/5/2023 | 9/5/2023 | Jury Note #3 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)