USDC- BALTIMORE
'23 SEP 5 PM 4:00

CASE NUMBER: MJM-20-2456
CASE NAME: Kimberly Kubas v. 331B, LLC

Juror #1 + #4 Want to take smoke break + All jurors agree to break

JUROR NUMBER: __1__

DATE: _____
TIME: _____

**For Court Use Only:**
Recv'd by: _h. Muldis_   DATE: _9/1/23_   TIME: _2:48 pm_
Court Exhibit #: __1__

Jury Note (Rev. 2/2009)

COURT'S EXHIBIT NO. __1__
CASE NO.: MJM-20-2456
IDENTIFICATION: SEP 0 1 2023
ADMITTED: SEP 0 1 2023

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CSO: P. Mongelli

Time: 2:46 pm

Date: 9/1/2023