

USDC - BALTIMORE
'23 SEP 5 PM4:00

CASE NUMBER:  MJM-20-2456
CASE NAME: Kimberly Kubas v. 331B, LLC

We are not close to a
concensus. May we dismiss
and continue Tuesday.

JUROR NUMBER: ___8___

DATE: 9|1
TIME: 5:10

For Court Use Only:

Recv'd by: h. Maideis          DATE: 9/1/23          TIME: 5:13

Court Exhibit #: 2

Jury Note (Rev. 2/2009)

COURT'S EXHIBIT NO. 2
CASE NO.: MJM-20-2456
IDENTIFICATION:_____ SEP 0 1 2023
ADMITTED:_____ SEP 0 1 2023