CASE NUMBER: MJM-20-2456
CASE NAME: Kimberly Kubas v. 331B, LLC

USDC- BALTIMORE
'23 SEP 5 PM 4:00

We have reached a verdict.

JUROR NUMBER: 8

DATE: 9/
TIME:

For Court Use Only:
Recv'd by: h.Maudels  DATE: 9/5/23  TIME: 1:48 PM
Court Exhibit #: 3

Jury Note (Rev. 2/2009)

COURT'S EXHIBIT NO. 3
CASE NO.: MJM-20-2456
IDENTIFICATION: SEP 0 5 2023
ADMITTED: SEP 0 5 2023

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CSO: James Kontsis

Time: 1342

Date: 9/5/23