

USDC - BALTIMORE
'23 SEP 5 PM 4:00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KIMBERLY KUBAS,** * | |
| Plaintiffs, v. * | |
| **331B, LLC d/b/a ROCKWELL FITNESS,** * | Case No.: MJM-20-2456 |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JURY VERDICT FORM

Do you find by a preponderance of the evidence:

1. That Plaintiff Kimberly Kubas's protected activity was the but-for cause of Defendant 331B, LLC taking an adverse employment action against Plaintiff?

   Answer     Yes __✓__     No _____

   **Note:** If you answered "No" to Question No. 1, you need not answer the remaining questions.

2. That Plaintiff Kimberly Kubas should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

   Answer     Yes __✓__     No _____

   If your answer is "Yes," in what amount? $__84,940.00__

3. That Plaintiff Kimberly Kubas should be awarded damages to compensate for emotional pain and mental anguish?

   Answer     Yes _____     No __✓__

   If your answer is "Yes," in what amount? $_____

4. Regarding punitive damages,

   (a) That an owner of Defendant 331B, LLC acted with malice or reckless indifference to Plaintiff's federally protected rights?

   Answer        Yes _____    No __✓__

   **Note:** If you answered "No" to Question No. 4(a), you need not answer the remaining questions.

   (b) That Defendant 331B, LLC itself did act in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit retaliation in the workplace?

   Answer        Yes _____    No _____

   **Note:** If you answered "Yes" to Question No. 4(b), you need not answer the remaining question.

   (c) What amount of punitive damages, if any, should be assessed against Defendant 331B, LLC?

   $ _____