IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Kimberly Kubas**  *
*Plaintiff*
                    *
v.                                              Case No.  MJM-20-2456
                    *
**331B, LLC**
*Defendant*   ******

ORDER OF JUDGMENT

The jury having returned a verdict in favor of Plaintiff Kimberly Kubas against Defendant 331B, LLC, it is this 6th day of September 2023,

**ORDERED**,

1. That Judgment is entered in favor of Plaintiff against Defendant;
2. That Plaintiff is awarded $4,940.00 for compensatory damages;
3. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

/S/
*Matthew J. Maddox*
*United States Magistrate Judge*

Order of Judgment (in favor of Defendant) (Rev. 12/2000)