UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS** )<br>Plaintiff, )<br>)<br>v.                                        )    Civil Action No.  1:20-cv-2456 (MJM)<br>)<br>**331B, LLC** )<br>**(D/B/A ROCKWELL FITNESS)** )<br>)<br>Defendant. )<br>                                                              ) | |

### PLAINTIFF'S SECOND CONSENT MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Plaintiff respectfully requests an additional two-week extension to file her motion for attorney's fees and costs. Pursuant to Federal Rule of Civil Procedure 54(d)(2), a motion for attorney's fees and costs is typically due 14 days after entry of judgment unless that deadline is extended by the Court. Judgment was entered in this case on September 6, 2023. See Judgment (Dkt. No. 100). On September 14, 2023, Plaintiff requested and the Court granted a three-week extension, which extended the deadline for Plaintiff's Motion for attorney's fees and costs to October 12, 2023. See Dkt. # 103. Plaintiff seeks an additional two weeks because of an extensive backlog of work in other cases due to the trial in this matter and because the undersigned must travel to California to care for his father. With this second extension, Plaintiff's Motion will be due on October 26, 2023.

Defendant 331B, LLC, through counsel, has consented to this request with the caveat that Defendant's deadline for its response, which is currently due on November 10, 2023, be

1

extended by three weeks to December 1, 2023.  An additional week is necessary for Defendant's response because November 24, 2023 falls during the Thanksgiving holiday.

This is Plaintiff's second request to extend this deadline and the limited extension requested would not prejudice either party.

For the foregoing reasons, Plaintiff respectfully requests that her motion for a two-week extension be granted.  A proposed order is included with the filing of this Motion.


Dated: October 26, 2023                          Respectfully Submitted,


                                                               /s/ Sundeep Hora
Sundeep Hora (Bar. No. 28208)
Emma Eckert (PHV)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: shora@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**