UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS**<br>　　　　　Plaintiff,<br><br>　　v.<br><br>**331B, LLC**<br>**(D/B/A ROCKWELL FITNESS)**<br><br>　　　　　Defendant. | Civil Action No. 1:20-cv-2456 (MJM) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for a Two-Week Extension of Time to File Plaintiff's Motion for Attorney's Fees and Costs, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Motion shall be due on or before October 26, 2023. Defendant's Response will be due on December 1, 2023 and Plaintiff's Reply is due on December 8, 2023.

/S/　　　　　　　　　　　　　　　　　　　10/6/23
_____　　_____
United States Magistrate Judge　　　　　　Date
Matthew J. Maddox