## Sundeep Hora D. Md. Cases

**Sundeep Hora is an attorney in 16 cases.**

| Case Number | Case Title | Filed | Closed |
|---|---|---|---|
| 1:07-cv-00873-CCB | Mail-Rite, Inc. et al v. Accudata Holdings, Inc. | filed 04/05/07 | closed 01/18/08 |
| 1:07-cv-03266-RDB | Ward et al v. Simpers et al | filed 12/05/07 | closed 05/29/08 |
| 1:11-cv-01234-CCB | Myles v. Prosperity Mortgage Corp. | filed 05/09/11 | closed 09/27/13 |
| 1:13-cv-01186-WMN | Cadenhead, et al v Prospect Mortgage, LLC | filed 04/22/13 | closed 10/30/14 |
| 1:13-cv-03100-ELH | Warner v. Cellco Partnership, et al | filed 10/18/13 | closed 04/13/16 |
| 1:20-cv-00606-GLR | Dethridge v. McGettigan | filed 03/05/20 | closed 07/01/21 |
| 1:20-cv-02456-MJM | Kubas v. 331B, LLC | filed 08/25/20 | closed 09/06/23 |
| 8:07-cv-02125-PJM | Austin et al v. Maryland-National Capital Park & Planning Commission | filed 08/10/07 | closed 08/08/08 |
| 8:10-cv-01958-RWT | Calderon v. Geico General Insurance Company et al | filed 07/19/10 | closed 08/28/13 |
| 8:11-cv-00765-RWT | Chambers v. Chambers et al | filed 03/23/11 | closed 05/31/12 |
| 8:12-cv-03229-PWG | Lipkins et al v. CCS Services, Inc. | filed 11/05/12 | closed 03/12/15 |
| 8:13-cv-00642-RWT | Vetter v. Geico General Insurance Company et al | filed 02/28/13 | closed 02/21/18 |
| 8:13-cv-03231-PWG | Smith v. Capital One, N.A. | filed 10/31/13 | closed 09/03/14 |
| 8:18-cv-02306-GJH | Kande v. Dimensions Health Corporation et al | filed 07/27/18 | closed 04/08/21 |
| 8:19-cv-01700-PWG | Ross v. The Schiff Group, LLC et al | filed 06/10/19 | closed 10/17/19 |
| 8:22-cv-01460-AAQ | Brinkman v. Pete & Sons, Inc. | filed 06/15/22 | closed 06/01/23 |

Exhibit 1A

~~Exhibit 2~~

# Sundeep Hora DDC Cases

**Sundeep Hora is an attorney in 24 cases.**

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 1:00-cv-02140-TFH | JONES v. DC DEPT OF CORR, et al | filed 09/06/00 | closed 03/27/15 |
| 1:06-cv-01056-RCL | POINTER v. ARCHITECT OF THE CAPITOL | filed 06/08/06 | closed 04/01/08 |
| 1:06-cv-01576-RCL | POINTER v. ARCHITECT OF THE CAPITOL | filed 09/11/06 | closed 10/31/07 |
| 1:07-cv-01258-CKK | PROCTOR v. SAMPER | filed 07/13/07 | closed 11/05/08 |
| 1:07-cv-01411-BJR | WINSTON v. SAMPER | filed 08/03/07 | closed 05/17/13 |
| 1:07-cv-01590-JDB | SOLOMON v. JOHANNS | filed 09/07/07 | closed 09/01/16 |
| 1:08-cv-00613-RBW | PARNIGONI et al v. ST. COLUMBA'S NURSERY SCHOOL et al | filed 04/09/08 | closed 04/29/11 |
| 1:09-cv-01161-RWR | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. CDS-IL 1 PROPERTY ASSOCIATES, L.P. et al | filed 06/25/09 | closed 11/10/09 |
| 1:09-cv-01223-CKK | BUSTAMANTE v. CHAIRMAN,BROADCASTING BOARD OF GOVERNORS | filed 07/01/09 | closed 05/27/10 |
| 1:09-cv-01933-RMU | BULLOCK v. ARCHITECT OF THE CAPITOL | filed 10/13/09 | closed 10/07/10 |
| 1:10-cv-00479-ABJ | PARKER v. CHAIRMAN, BROADCASTING BOARD OF GOVERNORS | filed 03/23/10 | closed 04/03/13 |
| 1:10-cv-00631-JEB | ALFORD v. DEFENSE INTELLIGENCE AGENCY | filed 04/23/10 | closed 12/12/12 |
| 1:11-cv-00073-RBW | MORTGAGE BANKERS ASSOCIATION v. SOLIS et al | filed 01/12/11 | closed 06/06/12 |
| 1:11-cv-02052-RBW | HARDIN v. DADLANI et al | filed 11/18/11 | closed 11/13/17 |
| 1:12-cv-00745-ABJ | HOLT v. LIVINGSOCIAL, INC. | filed 05/09/12 | closed 06/21/13 |
| 1:13-cv-00511-BAH | JONES v. MERCHANT'S LLC et al | filed 04/15/13 | closed 02/13/15 |
| 1:15-cv-00807-ABJ | RAZMYAR v. BOMBAY CLUB, INC. et al | filed 06/02/15 | closed 06/13/16 |
| 1:15-cv-01292-DLF | IJOOR v. CONSUMMATE COMPUTER CONSULTANTS SYSTEMS LLC et al | filed 08/12/15 | closed 05/29/18 |
| 1:17-cv-02138-ABJ | YOUNG v. NATIONAL ASSOCIATION OF CORPORATE DIRECTORS et al | filed 10/17/17 | closed 10/30/18 |
| 1:17-cv-02486-TNM | HODGE v. BIBIANA OSTERIA-ENOTECA et al | filed 11/14/17 | closed 06/05/18 |
| 1:19-cv-02212-RDM | KENNEDY v. DYNAMIC-PRO, INC. | filed 07/24/19 | |
| 1:19-cv-02666-RDM | KENNEDY v. CHAO | filed 09/05/19 | |