

**Sundeep Hora <shora@adhlawfirm.com>**

## Kimberly M. Kubas v. Rockwell Fitness EEOC 531-2019-02904

**Tova Z. Brody** <Brody@councilbaradel.com>  Fri, Nov 8, 2019 at 3:01 PM
To: CHETAN PATEL <CHETAN.PATEL@eeoc.gov>, Sundeep Hora <shora@adhlawfirm.com>, "Susan S. Shapiro" <Shapiro@councilbaradel.com>
Cc: Savanna Shuntich <sshuntich@adhlawfirm.com>, SAMANTHA REIGLE <SAMANTHA.REIGLE@eeoc.gov>

Good Afternoon, Mr. Patel.

I tried calling your office but there was no answer; I did not leave a message. After discussions with Mr. Hora and with our client, we have all agreed that the matter is not ripe for mediation and the best path forward at this time is to continue with the investigative process. In light of the new allegations raised in the amended charge, we respectfully request 45 days to submit a position statement on behalf of Respondent.

//Tova



**Tova Z. Brody, Esquire**

[125 West Street](#), Fourth Floor

Annapolis, Maryland 21401

T 410.268.6600  F 410.269.8409

[Brody@CouncilBaradel.com](#)

[www.CouncilBaradel.com](#)

This email, and any attachments hereto, contains information that may be confidential or privileged.

If you received this email in error please notify us and delete the email from your system.

Exhibit 1B

**From:** CHETAN PATEL <CHETAN.PATEL@EEOC.GOV>
**Sent:** Friday, November 8, 2019 1:22 PM
**To:** Sundeep Hora <shora@adhlawfirm.com>; Susan S. Shapiro <Shapiro@CouncilBaradel.com>
**Cc:** Tova Z. Brody <Brody@councilbaradel.com>; Savanna Shuntich <sshuntich@adhlawfirm.com>; SAMANTHA REIGLE <SAMANTHA.REIGLE@EEOC.GOV>
**Subject:** RE: Kimberly M. Kubas v. Rockwell Fitness EEOC 531-2019-02904

Good afternoon all:

Mediation for Tuesday November 12, 2019 is cancelled. Once I discuss this case with both counsels, I will let parties know the next step.

Respectfully,

Chetan Patel

Federal Mediator

U.S. Equal Employment Opportunity Commission

Baltimore Field Office

G.H. Fallon Federal Building

31 Hopkins Plaza, Suite 1432

Baltimore, MD 21201

(410)-801-6690 telephone

(410) 209-2226 fax

chetan.patel@eeoc.gov

*This electronic mail transmission contains confidential information belonging to the sender which is legally privileged and confidential.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action based on the contents of this electronic mail transmission is strictly prohibited.  If you have received this electronic mail transmission in error, please immediately notify the sender.*

**Charge Status Updates:** http://www.eeoc.gov/employees/charge_status.cfm

**From:** CHETAN PATEL
**Sent:** Friday, November 08, 2019 12:43 PM
**To:** Sundeep Hora <shora@adhlawfirm.com>; Shapiro@CouncilBaradel.com
**Cc:** Tova Z. Brody <Brody@councilbaradel.com>; Savanna Shuntich <sshuntich@adhlawfirm.com>; SAMANTHA REIGLE <Samantha.REIGLE@EEOC.GOV>
**Subject:** RE: Kimberly M. Kubas v. Rockwell Fitness EEOC 531-2019-02904

Good afternoon all:

Unfortunately, due to our internal case processing time, we can not hold this case in mediation unit much longer. Therefore, I am request Mr. Hora and Ms. Brody call me at 410-801-6690 to discuss this matter.

Respectfully,

Chetan Patel

Federal Mediator

U.S. Equal Employment Opportunity Commission

Baltimore Field Office

G.H. Fallon Federal Building

31 Hopkins Plaza, Suite 1432

Baltimore, MD 21201

(410)-801-6690 telephone

(410) 209-2226 fax

chetan.patel@eeoc.gov

This electronic mail transmission contains confidential information belonging to the sender which is legally privileged and confidential.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action based on the contents of this electronic mail transmission is strictly prohibited.  If you have received this electronic mail transmission in error, please immediately notify the sender.

**Charge Status Updates:** http://www.eeoc.gov/employees/charge_status.cfm

**From:** Sundeep Hora <shora@adhlawfirm.com>
**Sent:** Thursday, November 07, 2019 5:17 PM

**To:** CHETAN PATEL <CHETAN.PATEL@EEOC.GOV>
**Cc:** Tova Z. Brody <Brody@councilbaradel.com>; Savanna Shuntich <sshuntich@adhlawfirm.com>
**Subject:** Kimberly M. Kubas v. Rockwell Fitness EEOC 531-2019-02904

Mr. Patel,

Per our conversation a few weeks ago, the parties postponed the mediation set for November 12th to allow counsel to get up to speed and and to amend Ms. Kubas's charge to include a retaliatory hostile work environment. Please note that Ms. Kubas amended her charge on November 4th. I sent a copy of the amended charge to Tova Brody, counsel for Rockwell Fitness, for her review and consideration with her client. If the parties mutually agree that mediation will be productive, we will contact you to schedule a date. Please contact me if you have any questions. Thank you.

Sundeep Hora

Alderman, Devorsetz & Hora PLLC

1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
**O** (202) 969-8220 | **F** (202) 969-8224

**E** shora@adhlawfirm.com



www.adhlawfirm.com

_____

This electronic message transmission (including any attachments) contains information that may be confidential, be protected by the attorney-client or other privileges, or contain non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, kindly notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

IRS Circular 230 Notice -- We are required by Treasury Regulations (Circular 230) to inform you that, to the extent that this communication concerns federal tax issues, this communication (including attachments and enclosures) was not written or intended to be used, and cannot be used, for (1) avoiding federal tax penalties or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____