IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**331B, LLC (d/b/a ROCKWELL** )<br>**FITNESS)** )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No.  1:20-cv-2456 (DLB) |

### Declaration of Savanna Shuntich, Esq.

I, Savanna Shuntich, Esquire, swear, declare and affirm under penalty of perjury, that the following is true and accurate:

1. I am over the age of eighteen (18) and a citizen of the United States.

2. I graduated *cum laude* from American University's Washington College of Law in 2015 with a *Juris Doctorate* degree.

3. I am a duly licensed attorney practicing in the District of Columbia and Virginia. I have been a member of the D.C. Bar since September of 2016 and of the Virginia Bar since December 2015.  I am admitted to practice in all courts of the District of Columbia and Virginia, as well as the U.S. District Court for the District of Columbia, and the U.S. District Court for the Eastern District of Virginia.

4. Upon graduating from WCL, I began practicing in October 2015 as an associate with Bar-Adon & Vogel, PLLC in Washington, DC, representing clients in construction and real estate litigation.  In May 2017, I became an associate with Alderman Devorsetz & Hora PLLC

and focused my practice on employment law.  I left the firm in August of 2021 and now practice labor and employment law at Fortney & Scott, LLC.

5. Along with Sundeep Hora, I represented Ms. Kubas in the above captioned matter.  At the time we filed suit on behalf of Ms. Kubas, I had approximately five years of litigation experience, with the bulk of that period dedicated almost exclusively to employment litigation in federal court.  While at Alderman Devorsetz & Hora I litigated numerous cases involving violations of federal and state employment laws that were similar in kind to the Kubas case.  I represented individuals throughout all stages of litigation, including handling case strategy, discovery, pre-trial motions and memoranda, and trial preparation.

6. For example, I represented Plaintiff Kalisha Thomas in *Thomas v. Securiguard, Inc.*, No. 18-0125 (D.D.C.), a case brought under Title VII and the D.C. Human Rights Act for sexual harassment, discrimination and retaliation.  In *Kennedy v. Dynamic-Pro, Inc.*, No. 19-2212 (D.D.C.), I represented the plaintiff in sexual harassment litigation against the Department of Transportation and a federal contracting company.  In addition, I represented Plaintiff Namoneh Kande in *Kande v. Dimensions Health Corp.,* No. GJH-18-2306, 2020 U.S. Dist. LEXIS 225930 (D. Md. Dec. 2, 2020), where we successfully argued for Ms. Kande's pregnancy related medical condition to be treated as a disability under the ADA.

      /s/ Savanna Shuntich
Savanna Shuntich (PHV)