IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KIMBERLY KUBAS** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **331B, LLC** ) | |
| **(D/B/A ROCKWELL FITNESS)** ) | |
| ) | Civil Action No. 1:20-CV-2456 |
| Defendant. ) | |
| ) | |

**Declaration of Emma Eckert, Esq.**
**Counsel for Plaintiff Kimberly Kubas**

I, Emma Eckert, Esquire, swear, declare and affirm under penalty of perjury, that the following is true and accurate:

1. I am over the age of eighteen (18) and a citizen of the United States.

2. I graduated from The Catholic University of America's Columbus School of Law in 2020 with a Juris Doctorate degree. I graduated from The Pennsylvania State University in 2017 with a Bachelor of Arts degree in Journalism.

3. I am a duly licensed attorney practicing in the District of Columbia. I have been a member of the D.C. Bar since January 2021. I am also licensed to practice in New Jersey (admitted August 2021) and New York (admitted November 2021).

4. Upon graduating from Catholic, I served as a Law Clerk to the Honorable James M. McMaster, Administrative Judge of Family Court, in the Bucks County, Pennsylvania Court of Common Pleas. I researched and subsequently drafted opinions in various areas of both family and civil law including child custody, standing *in loco parentis*, compliance with municipal planning codes, and breaches of non-solicitation and non-competition agreements. I reviewed and

recommended financial disposition of preliminary objections, motions for summary judgment, and other pre and post-trial motions in accordance with local rules of civil procedure.

5.  In October 2021, I joined Alderman, Devorsetz & Hora PLLC as an Associate Attorney. My practice includes advising non-profit and association boards of directors regarding the legal interpretation and enforcement of their governing documents, corporate governance, and drafting amendments to the clients' Bylaws, Rules and Regulations, Articles of Incorporation, and Declarations. I draft and negotiate employment, procurement, licenses and operating agreements for non-profit, association, corporation, restaurant, and hotel clients.

6.  Before graduating from law school, I worked for the National Football League Players Association, where I assisted with the management and drafting of licensing, talent procurement and partnership agreements. I also worked for the National Collegiate Athletic Association's Government Relations Office, where I prepared legislative progress reports on a variety of legal issues affecting athlete-agent regulation, NIL, and intercollegiate athletics. I also worked for two labor and employment law firms during law school where I conducted legal research and drafted pleadings and administrative filings for active litigation, prepared discovery responses and opposition motions, and attended and assisted with preparation for client meetings, trials, hearings, and depositions.

Dated:  October 26, 2023

                                            /s/ *Emma Eckert*
Emma Eckert (Admitted *Pro Hac Vice*)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW; Suite 615
Washington, DC 20036
Tel. 202-969-8220
E-mail: eeckert@adhlawfirm.com
**Attorney for the Plaintiff**