| Date | Type | Invoice No. | Description | Total |
|---|---|---|---|---|
| 08/26/2020 | Billable Expense Charge | 17095 | Expense: Fee associated with filing Complaint in the United States District Court for the District of Maryland in the matter of Kubas v. 331B, LLC (Case No. 1:20-cv-02456 GLR) with no markup | $400.00 |
| 04/01/2021 | Billable Expense Charge | 17467 | Expense: paid database - searches for certain client-related contact information. with no markup | $15.90 |
| 04/14/2021 | Billable Expense Charge | 17467 | Pro Hac Vice Motion for S. Shuntich (Kubas v. 331B LLC) with no markup | $100.00 |
| 04/27/2021 | Billable Expense Charge | 17467 | Expense: Transcript of the Deposition of Said Saab taken on 4/16/2021 with no markup | $567.00 |
| 04/29/2021 | Billable Expense Charge | 17467 | Expense: Transcript of the Deposition of Billy D. Williams taken on 4/21/2021 with no markup | $252.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Check Issue Fee associated with Witness Fee Tendered to Billy Williams with no markup | $10.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Witness Fee Tendered to Billy Williams with no markup | $40.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Service of Subpoena to Testify at a Deposition on Billy Williams (Glen Burnie, MD) with no markup | $125.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Check Issue Fee associated with Witness Fee Tendered to Devin Conway with no markup | $10.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Witness Fee Tendered to Devin Conway with no markup | $40.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Service of Subpoena to Testify at a Deposition on Devin Conway (Severna Park, MD) with no markup | $125.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Attempted Service of Subpoena to Testify at a Deposition on Devin Conway (Pasadena, MD) with no markup | $125.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Check Issue Fee associated with Witness Fee Tendered to LaToya Butler Williams with no markup | $10.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Witness Fee Tendered to LaToya Butler Williams with no markup | $40.00 |
| 05/17/2021 | Billable Expense Charge | 17616 | Expense: Service of Subpoena to Testify at a Deposition on LaToya Butler Williams (Glen Burnie, MD) with no markup | $125.00 |
| 07/15/2021 | Billable Expense Charge | 17616 | Expense: Attempted Service of Subpoena on Tiffany P. Robinson, in her official capacity as Secretary of the Maryland Department of Labor concerning unemployment reords (with no markup) | $120.00 |

| Date | Type | Invoice No. | Description | Total |
|---|---|---|---|---|
| 07/27/2021 | Billable Expense Charge | 17616 | Expense: Check Issue Fee associated with Witness Fee Tendered to Devin Conway with no markup | $10.00 |
| 07/27/2021 | Billable Expense Charge | 17616 | Expense: Attempted Service of Subpoena to Testify at a Deposition on Devin Conway (Pasadena, MD) with no markup | $125.00 |
| 07/27/2021 | Billable Expense Charge | 17616 | Expense: Service of Subpoena to Testify at a Deposition on Devin Conway (Severna Park, MD) with no markup | $125.00 |
| 08/17/2021 | Billable Expense Charge | 17625 | Expense: Transcript of the Deposition of Devin Conway taken on 07/29/2021 with no markup | $225.00 |
| 08/17/2021 | Billable Expense Charge | 17625 | Expense: Transcript of the Deposition of Devin Conway taken on 07/28/2021 with no markup | $846.00 |
| 08/17/2021 | Billable Expense Charge | 17625 | Expense: Transcript of the Deposition of Brian Chisolm taken on 07/28/2021 with no markup | $1,201.50 |
| 08/24/2021 | Billable Expense Charge | 17625 | Expense: Transcript of the Deposition of Kimberly Kubas taken on 08/05/2021 with no markup | $1,118.00 |
| 02/06/2023 | Billable Expense Charge | 18591 | Expense: Lodging in Baltimore, MD for trial with no markup | $664.09 |
| 07/20/2023 | Billable Expense Charge | 19034 | Expense: Service of Process attempt on Devin Conway at 205 Ullman Road, Pasadena, MD 21122 with no markup | $95.00 |
| 07/21/2023 | Billable Expense Charge | 19034 | Expense: Service of Process on Latoya Williams at 336 Gatewater Court, Apt 104, Glen Burnie, MD 21060 with no markup | $95.00 |
| 07/21/2023 | Billable Expense Charge | 19034 | Expense: Service of Process on Billy Williams at 336 Gatewater Court, Apt 104, Glen Burnie, MD 21060 with no markup | $95.00 |
| 07/21/2023 | Billable Expense Charge | 19034 | Expense: Advanced Witness Fee paid to Devin Conway with no markup | $74.68 |
| 07/21/2023 | Billable Expense Charge | 19034 | Expense: Service of Process on Devin Conway at 101 Stone Point Drive, Annapolis, MD 21401 with no markup | $95.00 |
| 08/01/2023 | Billable Expense Charge | 19150 | Expense: Service of Process attempts on Billy Williams at Bistro 64, 6494 Marlboro Pike, District Heights, MD 20747 with no markup | $75.00 |
| 08/01/2023 | Billable Expense Charge | 19150 | Expense: paid database - searches for certain clients' contact information. with no markup | $15.90 |
| 08/09/2023 | Billable Expense Charge | 19150 | Expense: Advanced Witness Fee for Latoya Williams with no markup | $58.68 |

| Date | Type | Invoice No. | Description | Total |
|---|---|---|---|---|
| 08/09/2023 | Billable Expense Charge | 19150 | Expense: Service of Process on Latoya Williams at 115 Glenlea Drive, Glen Burnie, MD 21060 with no markup | $95.00 |
| 08/09/2023 | Billable Expense Charge | 19150 | Expense: Advanced Witness Fee for Billy Williams with no markup | $58.68 |
| 08/09/2023 | Billable Expense Charge | 19150 | Expense: Service of Process on Billy Williams at 115 Glenlea Drive, Glen Burnie, MD 21060 with no markup | $95.00 |
| 08/18/2023 | Billable Expense Charge | 19150 | Trial consultation with no markup | $1,024.00 |
| 08/23/2023 | Billable Expense Charge | 19150 | Expense: Exhibit preparation by Sequential, Inc. with no markup | $716.77 |
| 08/24/2023 | Billable Expense Charge | 19150 | Expense: Trial presentation materials | $103.63 |
| 08/27/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $9.61 |
| 08/28/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $16.23 |
| 08/28/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $7.83 |
| 08/28/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $14.45 |
| 08/28/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $21.29 |
| 08/29/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $18.26 |
| 08/29/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $116.37 |
| 08/29/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $10.59 |
| 08/30/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $48.89 |
| 08/30/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $11.65 |

| Date | Type | Invoice No. | Description | Total |
|---|---|---|---|---|
| 08/31/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $14.17 |
| 08/31/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $26.73 |
| 09/01/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $14.84 |
| 09/02/2023 | Billable Expense Charge | 19150 | Expense: Travel/lodging | $950.03 |
| 09/05/2023 | Billable Expense Charge | 19150 | Expense: Travel/transportation | $35.00 |
| 09/05/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $2.91 |
| 09/05/2023 | Billable Expense Charge | 19150 | Expense: Travel/meal expense | $14.84 |
| 09/05/2023 | Billable Expense Charge | 19150 | Expense: Travel/lodging | $688.57 |

**TOTAL EXPENSES:** **$11,139.09**