# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KIMBERLY KUBAS,** | * |
| Plaintiff, | * |
| v. | *   Civil Action No. EA-20-2456 |
| **331B, LLC, d/b/a ROCKWELL FITNESS,** | * |
| Defendant. | * |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiff Kimberly Kubas's Motion for Attorney's Fees and Costs (ECF No. 107) is GRANTED in part and DENIED in part, and Ms. Kubas is awarded $91,320.00 in attorney's fees and $7,705.38 in costs for a total of $99,025.38.

Date: July 19, 2024

/s/
Erin Aslan
United States Magistrate Judge