UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **KIMBERLY KUBAS**         )<br>           Plaintiff,   )<br>                                 )<br>           v.              )<br>                                 )<br>**331B, LLC**              )<br>**(D/B/A ROCKWELL FITNESS)**  )<br>                                 )<br>           Defendant.   )<br>                                 ) | Civil Action No.  1:20-cv-2456 (MJM) |

## DEFENDANT 331B, LLC'S NOTICE OF APPEAL

Notice is hereby given that 331B, LLC ("Defendant" or "331B") appeals the to the United States Court of Appeal for the Fourth Circuit from Order entered in this matter on July 19, 2024, granting in part and denying in part Plaintiff Kimberly Kubas' Motion for Attorney's Fees (ECF No. 115).

Dated: August 19, 2024

                                                                Respectfully submitted,

                                                                _____/ s /_____
                                                                Jason C. Buckel, Bar Number: 24766
                                                                T. Lee Beeman, Jr., Bar Number: 19613
                                                                Buckel, Levasseur,
                                                                Pillai & Beeman, LLC
                                                                206 Washington, Street
                                                                Cumberland, Maryland 21502
                                                                Tel: (301) 759-3700
                                                                Email: lbeeman@blpblaw.com
                                                                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August, 2024, a true and correct copy of the foregoing was served by e-mail on the following:

Sundeep Hora (Bar. No. 28208) (shora@adhlawfirm.com)

/ s /
By: T. Lee Beeman, Jr., Bar No. 19613