# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

| | | |
|---|---|---|
| **KIMBERLY KUBAS** | ) | |
| Plaintiff-Appellee | ) | |
| v. | ) | |
| **331B, LLC, d/b/a ROCKWELL FITNESS** | ) | Case No. 1:20-cv-2456 |
| Defendant-Appellant | ) | Appeal No. No. 24-1802 |

## PLAINTIFF KIM KUBAS' NOTICE OF CROSS-APPEAL

Notice is hereby given that Plaintiff Kimberly Kubas cross-appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this matter on July 19, 2024, granting in part and denying in part Plaintiff's Motion for Attorneys' Fees (ECF No. 115). This Notice of Cross-Appeal is being filed within 14 days of Defendant 331 B LLC's Notice of Appeal, submitted by Defendant on or about August 19, 2024, as provided in Fed. R. App. P. 4(a)(3).

Dated: September 2, 2024

Respectfully Submitted by:
  /s/
Sundeep Hora
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
shora@adhlawfirm.com

**Counsel for Plaintiff-Appellee**

# CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of September 2024, a true and correct copy of the foregoing was served via the Court's Electronic Case Filing system on all parties of record and via email to:

Jason C. Buckel,
T. Lee Beeman, Jr.,
Buckel, Levasseur,
Pillai & Beeman, LLC
206 Washington, Street
Cumberland, Maryland 21502
Tel: (301) 759-3700
Email: lbeeman@blpblaw.com

**Counsel for Defendant-Appellant**

             /s/
             Sundeep Hora